UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE JOHNSON-GELLINEAU,

                   Plaintiff,

-v-

STIENE & ASSOCIATES, P.C., et al.,

                   Defendants.

No. 16-CV-9945 (KMK)

MOTION SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

KENNETH M. KARAS, District Judge:

    At the Conference held before the Court on July 11, 2017, the Court adopted the following scheduling order:

    Defendants shall file their Motions To Dismiss by no later than August 11, 2017. Plaintiff shall file a response by no later than October 13, 2017. Defendants shall file replies by no later than November 10, 2017. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the Motion is decided.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED:    July 17, 2017
              White Plains, New York

                                             KENNETH M. KARAS
                                             UNITED STATES DISTRICT JUDGE