# Exhibit 2

I received your mailed communication, <u>Notice of Hearing & Referee's Oath & Report</u> dated December 24, 2015, within the past 30 days in relation to the collection of an alleged debt. (Foreclosure is debt collection.) Your communication fails to disclose that you are a debt collector per 15 U.S.C. § 1692e(11) and contains threats to foreclose on my property to harass, oppress, and abuse me in connection with the collection of a debt, 15 U.S.C. §§ 1692d, 1692e(4), (5). You do not have my prior consent or express permission of a court of competent jurisdiction to communicate with me or the Court. (See 15 U.S.C. §§ 1692c(a)-(b).)

I am a "consumer" as that term is defined by 15 U.S.C. § 1692a(3). You and the purported Plaintiff, WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH CERTIFICATES "REMIC") are "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and you are attempting to collect a household "debt" as that term is defined by 15 U.S.C. § 1692a(5).

Please take notice that I, an unrepresented Consumer, pursuant to 15 U.S.C. § 1692g, federal Fair Debt Collection Practices Act (FDCPA), hereby dispute the alleged debt you are attempting to collect. I dispute as to the identity of the true owner (if any) of this alleged debt and your alleged authority and capacity to collect and or sue on behalf of the same; I dispute the purported "account" and amount due and owing, I dispute all data and all signatures appearing on your documents.

I also dispute the debt as one that is not owed. In fact, on March 3, 2008 I mailed to alleged creditor Fremont Investment & Loan a "TILA Notice of Rescission," signed by me, providing written notice of my intention to immediately rescind the transaction pursuant to 15 U.S.C. §§ 1635(a) and (f), a copy of which I am hereby requesting from you. Whatever debt Debt Collectors think they have was canceled by operation of law under the Truth in Lending Act, 15 U.S.C. §§ 1601 et seq. Therefore, I have reason to believe that Debt Collectors are taking State action that is inconsistent with federal law they cannot legally take.

None of the communications from you or your purported Plaintiff contain, and I never received, the notice required by 15 U.S.C. § 1692g(a) to begin the 30-day period in which to demand verification of the debt. The initial public notice purported to be an Assignment of Mortgage in default did not contain the notice. Your lis pendens does not contain the notice. I had a right to receive, but never

received, that notice. See 15 U.S.C. § 1692e(11). I never
gave my prior consent, given directly to you, to
communicate in such an inconvenient place as the county
clerk's office and you did not have express permission of a
court of competent jurisdiction to record those notices.
You caused me the actual damages equal to but not limited
to the impairment of my marketable title to my home and
other actual damages and you may be held directly and
vicariously liable.

I require "verification" and debt validation as
defined by 15 U.S.C. §§ 1692g(a) and (b) prior to any
further action by you. Send written notice containing the
following information:

What is the amount of the debt?

What is the name of the creditor to whom the debt is
owed?

When did I give my prior consent directly to you to
communicate with me and the Court?

Did you obtain express permission from a court of
competent jurisdiction to communicate with me and the
Court?

Did you obtain any of my information from a debt
collector?

Did you obtain the debt from a debt collector?

Was the debt in default at the time it was obtained by
you and the purported Plaintiff?

Provide the "original account-level documentation" of
the debt, reviewed by you, as required by the Consumer
Financial Protection Bureau (CFPB). According to the CFPB,
if the original creditor is unable to verify the debt, then
the debt collector cannot pursue the claim. Therefore if
you are unable to obtain and provide such verification
under penalty of perjury (the required "verification"), you
must:

* * * CEASE AND DESIST COLLECTION EFFORTS. * * *

AT ALL TIMES AND ALL PLACES, AND BY ANY MEANS, IT IS
INCONVENIENT FOR ME TO RECEIVE YOUR COMMUNICATION UNLESS

YOU PROVIDE VERIFICATION IN THAT COMMUNICATION. OTHERWISE,
MY LABOR FEES BEGIN AT $10,000.00 PER MONTH WITHOUT
VERIFICATION, AND AN ADDITIONAL $5000.00 FOR EACH FURTHER
COMMUNICATION WITHOUT VERIFICATION.

    IMPORTANT DISCLOSURE: This notice to you is pursuant
to "private right of action" granted by Congress to enforce
compliance with the Fair Debt Collection Practices Act, 15
U.S.C. § 1692k; your failure to satisfy this request
pursuant to your duty and obligation under the Act, 15
U.S.C. § 1692g(a) and (b), will be construed as your
absolute waiver of any and all claims against me and my
property, and your tacit agreement that you waive all
affirmative defenses, and your agreement to compensate me
for my time at my reasonable daily rate, labor, costs, and
legal fees in prosecuting this private right of action.

Nicole Johnson-Gellineau,
Consumer-Defendant In Error
149 Wilkes Street
Beacon, New York 12508

From Consumer-Defendant In Error:
Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508


**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF DUTCHESS**
-------------------------------X
WELLS FARGO BANK NATIONAL                    Index NO.: 3344/2013
ASSOCIATION, AS TRUSTEE FOR
CARRINGTON MORTGAGE LOAN TRUST,
SERIES 2007-FRE1, ASSET-BACKED               **AFFIDAVIT OF**
PASS-THROUGH CERTIFICATES,                   **NICOLE JOHNSON-GELLINEAU**
                         Plaintiff

          -vs-

NICOLE JOHNSON, et al,
                    Defendants
-------------------------------X

     STATE OF NEW YORK    )
                          ) ss
     COUNTY OF DUTCHESS   )

     Nicole Johnson-Gellineau, being first duly sworn,

deposes and says:

     I make this affidavit upon my own first-hand personal

knowledge.

     I am named as the Defendant NICOLE JOHNSON in the

above-captioned matter.

     I had a consumer transaction (the "transaction") with

Fremont Investment & Loan on December 18, 2006 seeking to

borrow $262,880.00 for household purposes.

1

On March 3, 2008 I mailed to alleged creditor Fremont Investment & Loan a "TILA Notice of Rescission," my signed written notice of my intention to immediately rescind the transaction pursuant to 15 U.S.C. §§ 1635(a) and (f) for Freemont's failure to satisfy TILA's disclosure requirements.

Neither Fremont nor any other entity responded to the TILA Notice of Rescission or filed suit against me, or returned the note canceled, or filed a satisfaction of mortgage, or made a return of my money following rescission.

The above-captioned action is an attempt to collect the debt arising under the transaction.

As of this time I have not found a copy of my TILA Notice of Rescission and I have requested copies of the same from the debt collectors as can be seen from my previous Notice of Dispute filed in this Court.

Further affiant sayeth not.

Nicole Johnson-Gellineau

Sworn to and subscribed before me this 12ᵗʰ day of January, 2016.

_____
Notary Public

VERNON S FOOTE
Lic. #01FO6138126
Notary Public-State of New York
Qualified in Orange County
COMM. EXP. 12 | 3 | 17

## AFFIDAVIT OF SERVICE

Nicole Johnson-Gellineau, being first duly sworn, deposes and says: I make this affidavit upon my own first-hand personal knowledge.

A copy of the foregoing Consumer Notice of Dispute of Debt, 15 U.S.C. § 1692g and Affidavit of Nicole Johnson-Gellineau has been sent by Certified U.S. Mail, Return Receipt Requested, this ___ day of January 2016, to the following:

CHASE                                    Cert. Mail# 7014 2120 0001 9932 5204
P.O. Box 183166
Columbus, Ohio 43218-3166;

STIENE & ASSOCIATES, P.C.                Cert. Mail# 7014 2120 0001 9932 5198
187 East Main Street
Huntington, NY 11743;

CHRISTOPHER VIRGA, ESQ.                  Cert. Mail# 7014 2120 0001 9932 5211
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743;

TODD W. CARPENTER, ESQ.                  Cert. Mail# 7014 2120 0001 9932 5228
4 Liberty Street
Poughkeepsie, NY 12601

I declare under the penalty of perjury under the laws of the United States of America that the foregoing Affidavit of Service is true and correct.

_____
Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

Sworn to and subscribed before me this 12th day of January, 2016,

_____
Notary Public

2016 JAN 12 PM 4: 12
DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED

VERNON S FOOTE
Lic. #01FO6138126
Notary Public-State of New York
Qualified in Orange County
COMM. EXP. 3/13/17

5



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

POUGHKEEPSIE NY 12601

Postage            $    $3.45
Certified Fee            $2.80
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   N/A
Total Postage & Fees   $    $6.74

Sent To: JOHN D. CARPENTER, ESQ.
Street, Apt No.; or PO Box No. 10 LIBERTY STREET
City, State, ZIP+4 POUGHKEEPSIE NY 12601

PS Form 3800, July 2014    See Reverse for Instructions

7014 2120 0001 2699 5526

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

HUNTINGTON NY 11743

Postage            $    $3.45
Certified Fee            $2.80
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   N/A
Total Postage & Fees   $    $6.96

Sent To: STEPHEN ASSOCIATES P.C.
Street, Apt No.; or PO Box No. 181 EAST MAIN STREET
City, State, ZIP+4 HUNTINGTON NY 11743

PS Form 3800, July 2014    See Reverse for Instructions

7014 2120 0001 2699 5198

---

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

COLUMBUS OH 43218

Postage            $    $3.45
Certified Fee            $2.80
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   N/A
Total Postage & Fees   $    $6.74

Sent To: CHASE
Street, Apt No.; or PO Box No. P.O. BOX 183166
City, State, ZIP+4 COLUMBUS OH 43218-3166

PS Form 3800, July 2014    See Reverse for Instructions

7014 2120 0001 2699 5204

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

HUNTINGTON NY 11743

Postage            $    $3.45
Certified Fee            $2.80
Return Receipt Fee
(Endorsement Required)   $0.00
Restricted Delivery Fee
(Endorsement Required)   N/A
Total Postage & Fees   $    $6.96

Sent To: STEPHEN ASSOCIATES P.C.
Street, Apt No.; or PO Box No. 181 EAST MAIN STREET
City, State, ZIP+4 HUNTINGTON NY 11743

PS Form 3800, July 2014    See Reverse for Instructions

7014 2120 0001 2699 5211

```
                BEACON MPO
             BEACON, New York.
                125089998
              3590960201-0098
01/12/2016 (800)275-8777 03:15:32 PM

------------ Sales Receipt ------------
Product          Sale Unit      Final
Description       Qty Price     Price

COLUMBUS OH 43218-3166            $0.49
Zone-4
First-Class Mail Letter
0.70 oz.
Expected Delivery: Fri 01/15/16
  @@ Certified Mail              $3.45
USPS Certified Mail #:
70142120000199325204
Return Receipt                   $2.80
Label #:
9590952106150192201313        ========
Issue Postage:                   $6.74

POUGHKEEPSIE NY 12601-3234       $0.49
Zone-1
First-Class Mail Letter
1.00 oz.
Expected Delivery: Thu 01/14/16
  @@ Certified Mail              $3.45
USPS Certified Mail #:
70142120000199325228
Return Receipt                   $2.80
Label #:
9590952106150192201320        ========
Issue Postage:                   $6.74

HUNTINGTON NY 11743-2921         $0.71
Zone-2
First-Class Mail Letter
1.70 oz.
Expected Delivery: Thu 01/14/16
  @@ Certified Mail              $3.45
USPS Certified Mail #:
70142120000199325198
Return Receipt                   $2.80
Label #:
9590952106150192201337        ========
Issue Postage:                   $6.96

HUNTINGTON NY 11743-2921         $0.71
Zone-2
First-Class Mail Letter
1.20 oz.
Expected Delivery: Thu 01/14/16
  @@ Certified Mail              $3.45
USPS Certified Mail #:
70142120000199325211
Return Receipt                   $2.80
Label #:
9590952106150192201344        ========
Issue Postage:                   $6.96
```

```
Dom. Money Order                $56.00
23327014195
Domestic Money Order Fee         $1.25
              Subtotal:         $57.25

Total:                          $84.65

Paid by:
Debit Card                      $84.65
  Account #:     XXXXXXXXXXXXX3941
  Approval #:    028041
  Transaction #: 430
  23903610590
  Receipt#:      002631
```

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bill#:1000203846257
Clerk:08

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos
or scan this code with your mobile
device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Customer Copy

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
   _____

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

TODD W. CARPENTER, ESQ.

4 Liberty Street

POUGHKEEPSIE, NY 12601

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number          7014 2120 0001 9932 5228
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
   _____

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

CHASE
P.O. BOX 183166
COLUMBUS, OH 43218-
                  3166

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number          7014 2120 0001 9932 5204
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE
ALBANY
NY 120
14 JAN '16
P1 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

NICOLE JOHNSON
149 WILKES STREET
BEACON, NY 12508

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

NICOLE JOHNSON
149 WILKES STREET
BEACON, NY 12508

1/28/2016                                        USPS.com® - USPS Tracking®

English        Customer Service       USPS Mobile                                    Register / Sign In



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70142120000199325198

On Time
**Expected Delivery Day: Thursday, January 14, 2016**

## Product & Tracking Information

**Available Actions**

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™        Return Receipt

Text Updates

Email Updates

**See tracking for related item:**
9590952106150192201337

Confirmation

70142120000199325198

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **January 14, 2016 , 1:18 pm** | **Delivered** | **HUNTINGTON, NY 11743** |

Your request for all activity to-date will be processed
within four hours. Any future activity will be processed
whenever there is new delivery related event activity.

Your item was delivered at 1:18 pm on January 14, 2016 in HUNTINGTON, NY
11743.

Your confirmation will be sent to the following:

NikkiGelly@gmail.com

| | | |
| --- | --- | --- |
| January 14, 2016 , 8:46 am | Out for Delivery | HUNTINGTON, NY 11743 |
| January 14, 2016 , 8:36 am | Sorting Complete | HUNTINGTON, NY 11743 |
| January 14, 2016 , 3:35 am | Arrived at Unit | HUNTINGTON, NY 11743 |
| January 13, 2016 , 7:47 pm | Departed USPS Facility | MID ISLAND, NY |
| January 13, 2016 , 9:53 am | Arrived at USPS Facility | MID ISLAND, NY |
| January 12, 2016 , 11:42 pm | Arrived at USPS Origin Facility | ALBANY, NY 12288 |
| January 12, 2016 , 5:16 pm | Departed Post Office | BEACON, NY 12508 |
| January 12, 2016 , 3:12 pm | Acceptance | BEACON, NY 12508 |

Track Another Package                                    Manage Incoming Packages

1/28/2016                                    USPS.com® – USPS Tracking®

**Tracking (or receipt) number**

| 70142120000199325198 |                    **Track It**

Track all your packages from a
dashboard. No tracking numbers
necessary.

**Sign up for My USPS ›**



**HELPFUL LINKS**

Contact Us

Site Index

FAQs

**ON ABOUT.USPS.COM**

About USPS Home

Newsroom

USPS Service Updates

Forms & Publications

Government Services

Careers

**OTHER USPS SITES**

Business Customer Gateway

Postal Inspectors

Inspector General

Postal Explorer

National Postal Museum

Resources for Developers

**LEGAL INFORMATION**

Privacy Policy

Terms of Use

FOIA

No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Nu

1/28/2016     USPS.com® - USPS Tracking®

English     Customer Service     USPS Mobile     Register / Sign In



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70142120000199325211

On Time
**Expected Delivery Day: Thursday, January 14, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™     Return Receipt

See tracking for related item:
9590952106150192201344

## Available Actions

**Text Updates**

**Email Updates**

**Confirmation**

70142120000199325211

Your request for all activity to-date will be processed within four hours. Any future activity will be processed whenever there is new delivery related event activity.

**Your confirmation will be sent to the following:**

NikkiGelly@gmail.com

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 14, 2016 , 1:18 pm** | **Delivered** | **HUNTINGTON, NY 11743** |

Your item was delivered at 1:18 pm on January 14, 2016 in HUNTINGTON, NY 11743.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 14, 2016 , 8:46 am | Out for Delivery | HUNTINGTON, NY 11743 |
| January 14, 2016 , 8:36 am | Sorting Complete | HUNTINGTON, NY 11743 |
| January 14, 2016 , 3:35 am | Arrived at Unit | HUNTINGTON, NY 11743 |
| January 13, 2016 , 7:47 pm | Departed USPS Facility | MID ISLAND, NY |
| January 13, 2016 , 9:53 am | Arrived at USPS Facility | MID ISLAND, NY |
| January 12, 2016 , 11:42 pm | Arrived at USPS Origin Facility | ALBANY, NY 12288 |
| January 12, 2016 , 5:16 pm | Departed Post Office | BEACON, NY 12508 |
| January 12, 2016 , 3:13 pm | Acceptance | BEACON, NY 12508 |

Track Another Package     Manage Incoming Packages

1/28/2016                    USPS.com® – USPS Tracking®

**Tracking (or receipt) number**

| 70142120000199325211 | | **Track It** |

Track all your packages from a
dashboard. No tracking numbers
necessary.

**Sign up for My USPS ›**



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Nu

Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

WELLS FARGO BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CARRINGTON MORTGAGE
LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED
PASS-THROUGH CERTIFICATES,

                                        Plaintiff,

                                                            **NOTICE OF MOTION**

— against —
                                                            INDEX # 3344/13

NICOLE JOHNSON, PETER JOHNSON,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. SOLELY AS NOMINEE FOR
FREMONT INVESTMENT AND LOAN,

and JOHN DOE AND JANE DOE #1 through #7,
the last seven (7) names being fictitious and
unknown to the plaintiff, the persons or parties
intended being the tenants, occupants, persons
or parties, if any, having or claiming an interest
in or lien upon the mortgaged premises described
in the Verified Complaint,

                                        Defendants.

MOTION:                     Stiene & Associates, P.C.
                            Attorneys for Plaintiff

DATE, TIME & PLACE
OF HEARING                  April 14, 2016          at 9:30 (am)/pm
                            10 Market Street
                            Poughkeepsie, NY 12601

SUPPORTING PAPERS:          Affirmation of Ronni Ginsberg, Esq. and all pleadings and
                            exhibits herein.

RELIEF REQUESTED:           Confirming the report of Todd W. Carpenter, Esq., granting
                            the plaintiff judgment of foreclosure and sale; and for such
                            other and further relief as this court may deem just and

proper.

ANSWERING
AFFIRMATION:

Answering affidavits are to be served seven (7) days prior to
the return date of this motion, in accordance with CPLR
§2214(b).

TYPE OF ACTION:

FORECLOSURE

Dated:  March 17, 2016
Huntington, NY

Respectfully submitted,

**STIENE & ASSOCIATES, P.C.**

By:  Ronni Ginsberg, Esq.
Attorneys for Plaintiff
187 East Main Street
Huntington, NY 11743
(631) 935-1616

TO:
Nicole Johnson
149 Wilkes Street
Beacon, NY 12508

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

---

WELLS FARGO BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN
TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-
THROUGH CERTIFICATES,

**AFFIRMATION OF
REGULARITY IN SUPPORT
OF MOTION**

Plaintiff,

INDEX # 3344/13

— against —

NICOLE JOHNSON, PETER JOHNSON,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. SOLELY AS NOMINEE FOR
FREMONT INVESTMENT AND LOAN,

and JOHN DOE AND JANE DOE #1 through #7,
the last seven (7) names being fictitious and
unknown to the plaintiff, the persons or parties
intended being the tenants, occupants, persons
or parties, if any, having or claiming an interest
in or lien upon the mortgaged premises described
in the Verified Complaint,

Defendants.

---

Ronni Ginsberg, an attorney duly licensed to practice law in the courts of the State of New

York hereby affirms under penalty of perjury:

1. I am an Associate of the firm of **STIENE & ASSOCIATES, P.C.,** attorneys for the

Plaintiff in the above entitled action and as such, I am fully familiar with all of the proceedings had

herein.

2. This is an action to foreclose a Mortgage executed by Nicole Johnson to Mortgage

Electronic Registration Systems, Inc., solely as nominee for Fremont Investment & Loan, dated

December 18, 2006, and recorded in the Dutchess County Clerk's Office County Clerk's Office on

March 3, 2008, under Document #: 01 2008 2204, on the premises located at 149 Wilkes Street, Beacon, NY 12508. The Note and Mortgage were tendered and transferred to the Plaintiff. An Assignment of Mortgage was recorded in the Dutchess County Clerk's Office on March 8, 2010, under Document # 01 2010 502A.

3.   The Summons, Complaint and Notice of Pendency in this action were duly filed in the Office of the Clerk of Dutchess County on June 3, 2013, which is more than twenty days prior to the date of this application. The Notice of Pendency correctly and truthfully states all matters required by law to be contained therein. Copies of the Notice of Pendency, Summons and Complaint (*sans* Exhibits) are annexed hereto as **Exhibit A**.

4.   As evidenced by the Affidavits of Service filed in this action, all of the defendants were duly served with copies of the Summons and Complaint. Copies of the Affidavits of Service are annexed hereto as **Exhibit B**.

5.   The Defendant, Nicole Johnson, answered with respect to the Complaint after being duly served and the remaining Defendants are in default because their time to answer, appear, or move with respect to the Complaint has expired and not extended. Copies of the answer and the amended answer are annexed hereto as **Exhibit C**.

6.   On August 10, 2015, an order was signed by this Court, appointing Todd W. Carpenter, Esq., Referee to compute the sums of money due and owing to Plaintiff and to inquire whether the mortgaged premises can be sold in one parcel. A copy of the Order of Reference is annexed hereto as **Exhibit D**.

7.   On August 27, 2015 a Notice of Entry for the Order of Reference was served on all of the defendants, and the Referee. Said Notice of Entry was filed with the Office of the Dutchess County Clerk. Copies of the Notice of Entry with the Order of Reference and proof of service are

annexed hereto as **Exhibit E**.

8.   On March 10, 2016, the Referee duly executed a report, wherein he determined that as of December 5, 2015, there is due and owing to the Plaintiff the total aggregate sum of Four Hundred Thirty Thousand Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars plus expenses, and plus interest from December 1, 2015, the date interest was calculated to in said report. The Referee also determined that the mortgaged premises should be sold in one parcel. The original Referee's report is submitted with this motion and a copy of said report is annexed hereto as **Exhibit F**.

9.   The subject mortgage, a copy of which is annexed hereto as **Exhibit G**, at paragraph 22, provides in pertinent part as follows:

> If Lender requires Immediate Payment in Full, Lender may bring a lawsuit to take away all of my remaining rights in the Property and have the Property sold. At this sale Lender or another Person may acquire the Property. This is known as "Foreclosure and Sale." In any lawsuit for Foreclosure and Sale, Lender will have the right to collect all costs and disbursements and additional allowances allowed by Applicable Law and will have the right to add all reasonable attorneys' fees to the amount I owe Lender, which fees shall become part of the Sums Secured.

10. Set forth below is an itemization of the services performed by this firm on behalf of the Plaintiff. This firm has had experience in all types of foreclosure proceedings and has represented mortgagees and mortgagors in numerous foreclosure proceedings. It is respectfully submitted that the following denominated services and the charges therefor were fair and reasonable in connection with this foreclosure action:

Receipt and review of client's file documents, initial communication with client, correspondence with client, ordering of foreclosure search and receipt and review of foreclosure search ......................................................................... 2.0 hour

Preparation and filing of Summons and Complaint and Notice of Pendency ....................................................................... 2.5 hours

Review of affidavits of
service on all defendants, forwarding
original affidavits and receipts to
court ................................................................................................ 0.5 hours

Preparation of Referee's Report of
amount due....................................................................................... 1.0 hours

Correspondence with Referee to advise of appointment
and to make arrangements for execution of
report ................................................................................................ 0.25 hours

Preparation and submission of motion for judgment and attorneys
affirmation, preparation and submission of bill of cost,
following for judgment signed by court ................................................ 2.0 hours

Preparation of Notice of Sale, telephone
conversations with Referee to set sale
date, commencing advertising with
advertising agency, serving notice on
proper parties .................................................................................... 0.75 hours

Computation of upset price, preparation
of terms of sale and memorandum of sale,
telephone conversation with client
verifying figures and bidding tactics .................................................. 1.0 hours

Attendance at auction with Referee,
protection of clients' interests
at sale................................................................................................ 2.0 hours

Preparation of Referee's Report of Sale.................................................. 1.0 hour

Preparation of Referee's Deed, real
property transfer gains tax affidavit,
arranging execution of same by Referee ............................................ 1.0 hours

Attendance at closing of title ............................................................... 1.0 hour

**TOTAL HOURS FOR SERVICES RENDERED** ....................................... **15.00 hours**

In seeking compensation, Stiene & Associates P.C. utilized, in part, an hourly rate structure.  During

the period encompassed by this application, applicant's hourly rate was $200.00 per hour and Stiene

& Associates P.C. the hourly rate structure was utilized for 15 hours, for a total legal fee for hourly work of $3,000.00. In seeking compensation, Stiene & Associates P.C. also utilized, in part, a standard allowable legal fee. The standard legal fee for this action is $2,000.00. Accordingly, an award of attorney's fees in the amount of Two Thousand and 00/100 ($2,000.00) Dollars is respectfully requested.

11. It is respectfully submitted that the fee sought herein is customary and based on the usual criteria in matters of this type, given the size and complexity of the case, and is commensurate with the fee applicant has been awarded in other foreclosure cases.

12. Pursuant to CPLR §3215, an additional notice has been mailed to the Defendant, Ricardo Gellieno. The additional mailings are annexed hereto as **Exhibit H.**

13. An Affirmation pursuant to Administrative Order 208/13 was filed with the Office of the Dutchess County Clerk. A copy of the Affirmation is annexed hereto as **Exhibit I.**

14. A residential mortgage foreclosure settlement conference pursuant to CPLR §3408 was held on January 7, 2014. Settlement did not materialize from said conference. The CPLR §3408 Affirmation was sent to the Office of the Dutchess County Clerk for filing with this application. A copy of the Affirmation is annexed hereto as **Exhibit J.**

15. None of the defendants, except Nicole Johnson, are entitled to notice of this application.

16. The Defendant, Nicole Johnson, is not currently active in the Military. A Department of Defense/Defense Manpower Data Center search was completed and is annexed hereto as **Exhibit K.**

17. All of the proceedings in this action have been regular and in conformity with the rules and practices of this Court.

18. Upon information and belief, all of the Defendants are of sound mind and none of

them are infants or absentees.

19.  No previous application for this or similar relief has been made to any other court or justice.

**WHEREFORE**, it is respectfully requested that Plaintiff's motion to confirm the report of the Referee and for a Judgment of Foreclosure and Sale be granted and for an Order directing that the premises be sold in one parcel and for such other relief that the Court deems just and proper.

Dated:   March 17, 2016
Huntington, NY

Ronal Ginsberg

Exhibit D

Index No: 3344/13                                                    Year-2013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON
MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH
CERTIFICATES,

                                                    Plaintiff,

                        — against —

NICOLE JOHNSON, ET AL.,

                                                    Defendants.

## JUDGMENT OF FORECLOSURE AND SALE

STIENE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
187 EAST MAIN STREET
HUNTINGTON, NY 11743
(631) 935-1616, FAX (631) 935-1223

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of*
*New York State, certifies that, upon information and belief and reasonable inquiry, the contentions*
*contained in the annexed document are not frivolous.*
*Dated: March 17, 2016*          *Signature…………………………………………………*
                                 *Print Signer's Name: Ronni Ginsberg, Esq.*

To:
Attorney(s) for

Service of a copy of the within document is hereby admitted.
Dated:
Attorney(s)                                                          for

DMG

At a Special Term Part _____ of the Supreme Court of the State of New York held in and for the County of Dutchess, located at 10 Market Street, Poughkeepsie, NY, on the _18th_ day of _April_ , 20 _16_

PRESENT: Hon: MARIA G. ROSA

---

WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH CERTIFICATES,

                                        Plaintiff,

— against —

NICOLE JOHNSON, PETER JOHNSON, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. SOLELY AS NOMINEE FOR FREMONT INVESTMENT AND LOAN,

and JOHN DOE AND JANE DOE #1 through #7, the last seven (7) names being fictitious and unknown to the plaintiff, the persons or parties intended being the tenants, occupants, persons or parties, if any, having or claiming an interest in or lien upon the mortgaged premises described in the Verified Complaint,

                                        Defendants.

**JUDGMENT OF FORECLOSURE AND SALE**

INDEX # 3344/13

2016 APR 20 AM 9: 22

---

**UPON**, reading and filing the Summons, Complaint and Notice of Pendency of this action filed in the Office of the County Clerk of Dutchess County on June 3, 2013, the affirmation of Ronni Ginsberg, dated March 17, 2016, the Order Of Reference and Appointment of Referee, granted August 10, 2015, and upon the Report of Todd W. Carpenter, Esq., Referee, dated March 10, 2016, submitted herewith from which report it appears that the sum of **Four Hundred Thirty Thousand**

**Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars** was due to the Plaintiff as of December 5, 2015, plus other expenses incurred thereafter, plus interest from December 1, 2015, the date interest was calculated to in said report, and that the mortgaged premises should be sold in one parcel, and on all proceedings heretofore had herein from all of which it appears that this is an action to foreclose a mortgage on real property situated at **149 Wilkes Street, Beacon, NY 12508, County of Dutchess**, and that all of the defendants named herein have been duly served with the Summons and Complaint or have duly appeared herein and that the time of all defendants to answer, appear or move with respect to the Complaint has expired and that none of the defendants, except Nicole Johnson, answered, appeared or made any motion raising any objection to the Complaint, and that all of the remaining defendants are in default; that none of the defendants is an infant, incompetent or absentee, and it further appearing from said Referee's Report that said mortgaged premises should be sold in one parcel; and that no defendant, except Nicole Johnson, is entitled to notice of the instant application.

NOW, on motion of **STIENE & ASSOCIATES, P.C.,** attorneys for the Plaintiff herein, it is

ORDERED, that the motion is granted; and it is further

ORDERED, ADJUDGED AND DECREED that the Report of Todd W. Carpenter, Esq., Referee, be and that the same hereby is in all respects ratified and confirmed; and it is further

ORDERED ADJUDGED, AND DECREED that the Plaintiff is entitled to have judgment herein for the sum of **Four Hundred Thirty Thousand Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars**, the said amount so reported due as aforesaid, together with interest thereon from December 1, 2015, the date interest was calculated to in said report, together with any advances as provided for in the Note and Mortgage, which Plaintiff has made for taxes, insurance, principal,

and interest and any other charges due to prior mortgages, or to maintain the premises pending consummation of this foreclosure sale, not previously included in the computation, all together with interest thereon pursuant to the Note and Mortgage; together with the sum of $ 2,379.13 as costs and disbursements calculated and taxed by the Clerk of the Court with interest thereon from the date hereof; ~~together with an additional allowance of $300.00 hereby awarded to the Plaintiff with interest thereon from the date hereof;~~ and it is further

*JSC*

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff is entitled to recovery of its legal fees pursuant to the Note and Mortgage the amount of $ 2000.00 ; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the mortgaged premises described in the Complaint and as hereinafter set forth be sold in one parcel by or under the direction of Todd W. Carpenter, Esq., Referee, at Dutchess County Courthouse, 10 Market Street, Lobby At 2:30 p.m. Poughkeepsie, New York 12601 and that the said Referee give public notice of the time and place of such sale according to law and the rules and practice of this Court, by publishing the same in the Poughkeepsie Journal

*JSC*

and that the Plaintiff or any other party to this action may become a purchaser at such sale and that in the event a party, other than the Plaintiff, becomes the purchaser or purchasers at such sale, the closing of title shall be had thirty days after such sale unless otherwise stipulated by all parties to the sale, including Plaintiff and that failure of the purchasers to close within thirty days may result in the forfeiture of any deposit tendered by purchaser, in lieu of a closing, upon application to this Court and that Plaintiff reserves the right to sell to the next highest bidder, in the order in which the bids were entered in the record of sale, including any and all bids entered by Plaintiff, as maintained by the Referee, at said sale and forego putting the premises up for sale again; that any purchaser, other than Plaintiff, shall pay 9.0% interest on the purchase price from the date of sale to the date of delivery of

the deed and that all adjustments for real estate taxes and/or assessments and/or water and sewer charges shall be adjusted as of the date of the foreclosure sale; that in case the Plaintiff shall become the purchaser at the sale, it shall not be required to make any deposit; that Plaintiff reserves the right to postpone the sale and re-advertise the sale in accordance with RPAPL § 231; that the said Referee execute to the purchaser on such sale a deed to the premises sold at which time the Referee shall forthwith pay therefrom the taxes, assessments and water rates, as adjusted, which are or may become liens on the premises at the time of sale with such interest or penalties which may have lawfully accrued thereon to the date of payment, or said Referee may allow the same to the purchaser at the time of delivery of deed upon production to said Referee of proper vouchers showing the payment thereof and redeem the property sold from any sales for unpaid taxes, assessments or water rates, which have not apparently become absolute, as provided by Section 1371 Real Property Actions and Proceedings Law, and that the Referee then deposit the balance of such proceeds of sale in his own name as Referee in any local banking institution insured by the FDIC and shall thereafter make the following payments and his checks drawn for that purpose shall be paid by the said depository:

**FIRST:**    the statutory fee of the Referee in the amount of $500.00;

**SECOND:**    the expenses of sale and advertising expenses as shown on the bills presented and certified by the Referee to be correct, duplicate copies which shall be left with the depository;

**THIRD:**    the sum of **Four Hundred Thirty Thousand Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars,** the said amount so reported due as aforesaid, together with interest thereon from December 1, 2015, the date interest was calculated to in said report, together with any advances as provided for in the Note and Mortgage, which Plaintiff has made for taxes, insurance, principal, and interest and any other charges due to prior mortgages, or to maintain the premises pending consummation of this foreclosure sale, not previously included in the computation, all

together with interest thereon pursuant to the Note and Mortgage; together with the sum of $2,379.13 *calculated and* as costs and disbursements taxed by the Clerk of the Court with interest thereon from the date hereof; together with an additional allowance of $300.00 hereby awarded to the Plaintiff with interest thereon from the date hereof;

**FOURTH:** to **STIENE & ASSOCIATES, P.C.** the sum of $ 2000.00 awarded herein as reasonable attorneys' fees;

**FIFTH:** surplus monies, if any, with the ~~Clerk of the court~~ *Dutchess County Comm. of Finance* within five (5) days after receipt of said proceeds to be withdrawn only on the order of this Court; and it is further

**ORDERED, ADJUDGED AND DECREED** that any purchaser(s), other than Plaintiff, shall pay interest on the purchase price from the date of sale to the date of delivery of the deed and that all adjustments for real estate taxes and/or assessments and/or water and sewer charges shall be adjusted as of the date of the foreclosure sale and shall be responsible for New York State and New York City transfer taxes; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Referee may hereafter make application to this court for an award of additional compensation; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Referee shall pay to Plaintiff a sum equal to the aggregate of all other amounts which the Plaintiff has paid or may hereafter be required to pay to protect the mortgage or preserve the premises in accordance with the provisions of the mortgage, and the same so paid shall be added to the sum otherwise due to the Plaintiff pursuant to the Plaintiff's claims herein and be deemed secured by said note and mortgage as therein provided and adjudged a valid lien on the premises; and it is further

**ORDERED, ADJUDGED AND DECREED,** that in case the Plaintiff shall become the purchaser at said sale or, in the event that the rights of the purchaser at said sale and the terms of sale

under this judgment shall be assigned to and be acquired by the Plaintiff, and a valid assignment thereof filed with said Referee, the Plaintiff shall not be required to make any deposit thereon; that said Referee execute to the purchaser or purchasers on such sale a deed of the premises sold; at which time the Referee shall forthwith pay thereon, in accordance with their priority according to law, the taxes, assessments or water rates which are or may become liens on the premises at the time of sale, with such interest or penalties which may have lawfully accrued thereon, to the date of payment deposit or in lieu of the payment of said last mentioned amounts, upon the filing with said Referee receipts of the proper municipal authorities showing the payment of thereof; that the balance of the amount bid, after deducting the aforesaid amounts, shall be allowed to the Plaintiff; that if after so applying the balance of the amount bid, there shall be a surplus over and above the said amounts due to the Plaintiff, the Plaintiff shall pay to said Referee, upon delivery to Plaintiff of said Referee's deed, the amount of such surplus which shall be deposited by said Referee with the ~~Clerk of the court~~ Dutchess County Comm. of Finance within five (5) days after receipt of said surplus; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Referee make a report of such sale and the file it with the Court of the County of Dutchess within thirty (30) days or as soon as reasonably possible of having completed the sale and executing the proper conveyance to the purchaser and that the purchaser at such sale be let into possession on production of the Referee's deed and that if the proceeds of such sale be insufficient to pay the amount reported due to the Plaintiff with interest and cost as aforesaid, the Plaintiff shall recover from the defendant, Nicole Johnson, the whole deficiency or so much thereof as the court may determine to be just and equitable of the residue of the mortgaged debt remaining unsatisfied after a sale of the mortgaged premises and the application of the proceeds thereof, provided a motion for a deficiency judgement shall be made as prescribed by section 1371 of the Real Property Actions and Proceedings Law within the time

limited therein, and the amount thereof is determined and awarded by an order of this Court as provided for in said section; and it is further

**ORDERED**, that the purchaser or purchasers at said sale be let into possession upon production of Referee's deed or deeds; and it is further

**ORDERED, ADJUDGED AND DECREED**, that each and all of the defendants in this action and all persons claiming under them or any of them after the filing of such notice of pendency of this action be and they are hereby forever barred and foreclosed of all right, claim, lien, title and interest and equity of redemption on the mortgaged premises and each and every part thereto; and it is further

**ORDERED, ADJUDGED AND DECREED**, that said premises be sold in one parcel in "as is" physical condition, subject to any covenants, easements, encroachments, reservations and restrictions, violations and agreements of record, zoning regulations and ordinances of the city, town, or village wherein the premises are located, any state of facts an accurate survey would show, any state of facts a physical inspection will disclose, rights of tenants and other persons in possession of the mortgaged premises, prior judgments, liens and mortgages of record, any and all rights of the United States of America to redeem the subject premises and purchaser assumes all risk of loss or damage to the premises from the date of the foreclosure sale until the date of closing and thereafter.

**ORDERED, ADJUDGED AND DECREED**, that Ricardo Gellieno replace "JOHN

DOE #1" and this action is discontinued against the Defendants sued herein as Peter Johnson and

"JOHN DOE AND JANE DOE #2 through #7" and the caption of this action is amended

accordingly to read as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------------------------X     **Index No.: 3344/13**
WELLS FARGO BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN
TRUST, SERIES 2007-FRE1, ASSET-BACKED
PASS-THROUGH CERTIFICATES ASSET-BACKED
PASS-THROUGH CERTIFICATES,

                          Plaintiff,

          -against-

NICOLE JOHNSON, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. SOLELY AS
NOMINEE FOR FREMONT INVESTMENT AND LOAN,
RICARDO GELLIENO,

                          Defendants.

-------------------------------------------------------------------------X


The mortgaged premises hereinbefore mentioned are describes as follows: See Schedule A

annexed hereto.


**DATED:** April 18, 2016
**Poughkeepsie, New York**

                              E N T E R

                              _____
                              Justice of the Supreme Court
                              MARIA G. ROSA

Exhibit E





**chase.com**



| Customer Service | 1-800-848-9380 |
|---|---|
| Includes 24/7 Automated Response | |
| Monday - Thursday | 8 a.m. - midnight (ET) |
| Friday | 8 a.m. - 10 p.m. (ET) |
| Saturday | 8 a.m. - 5 p.m. (ET) |
| **Hearing Impaired Service (TTY)** | **1-800-582-0542** |

96371 MWD Z 07618 C - BRE FE T1
NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

## Mortgage Loan Statement

| Loan Number | 1023496407 |
|---|---|
| Statement Date | 03/16/2016 |
| Property Address | 149 Wilkes St |
| | Beacon, NY 12508 |

| **Total Amount Due** | **$169,027.50** |
|---|---|
| **Payment Due Date** | **04/01/2016** |

A late charge of $93.52 may apply if received after 04/16/2016.

### Loan Overview (as of 03/16/2016)

| Original Principal Balance | $262,880.00 |
|---|---|
| Unpaid Principal Balance | $276,355.24 |
| Escrow Balance | ($45,544.40) |
| Corporate Advance Balance | $11,552.63 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by visiting chase.com/Payoff

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Explanation of Amount Due

| Principal | $72.39 |
|---|---|
| Interest | $1,797.97 |
| Escrow Payment (Taxes and/or Insurance) | $507.06 |
| **Monthly Payment** | **$2,377.42** |
| Prior Fees/Charges | $624.68 |
| Fees/Charges Since Last Statement | $0.00 |
| Original Missed Payment Date | 09/01/2009 |
| Past Due Amount | $166,025.40 |
| Total Amount Due | $169,027.50 |

### Adjustable-Rate Mortgage Information

| Interest Rate (Until 02/2010) | 4.99000% |
|---|---|
| For Payment Due | 09/01/2009 |

### Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|
| 02/29/2016 FCL FEES & COSTS | | | | | $14.00 | |

### Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

If your mortgage loan servicing transferred to Chase this year, and you would like to see your previous payment history, please call the number at the top of this statement.

If applicable, your IRS Form 1098 (Mortgage Interest Statement) is available at **chase.com/TaxStatement**. Most accounts can be viewed online.

**Servicemember Protections**: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

A late charge of $93.52 may apply if received after
04/16/2016.

## Loan Overview (as of 03/16/2016)

| | |
|---|---:|
| Original Principal Balance | $282,880.00 |
| Unpaid Principal Balance | $278,965.24 |
| Escrow Balance | ($45,544.40) |
| Corporate Advance Balance | $11,552.63 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by visiting chase.com/Payoff

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---:|---:|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Explanation of Amount Due

| | |
|---|---:|
| Principal | $72.39 |
| Interest | $1,797.97 |
| Escrow Payment (Taxes and/or Insurance) | $507.06 |
| Monthly Payment | $2,377.42 |
| Prior Fees/Charges | $624.68 |
| Fees/Charges Since Last Statement | $0.00 |
| Original Missed Payment Date | 09/01/2009 |
| Past Due Amount | $166,025.40 |
| Total Amount Due | $169,027.50 |

## Adjustable-Rate Mortgage Information

| | |
|---|---:|
| Interest Rate (Until 02/2010) | 4.99000% |
| For Payment Due | 09/01/2009 |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 02/25/2016 | FCL FEES & COSTS | | | | | $14.00 | |

## Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

If your mortgage loan servicing transferred to Chase this year, and you would like to see your previous payment history, please call the number at the top of this statement.

If applicable, your IRS Form 1098 (Mortgage Interest Statement) is available at **chase.com/TaxStatement**. Most accounts can be viewed online.

**Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.



As of 03/16/2016, $169,027.50 plus your Corporate Advance Balance of $11,552.63 for a total of $180,580.13 is required to bring your loan current. Payment must be received by certified funds. In addition to the Total Payment Due, this amount may include:

- ♦ Property Maintenance
- ♦ Attorney or foreclosure fees
- ♦ Insufficient funds and other fees
- ♦ Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes

This amount was calculated on the date referenced above, which means it may change. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

# CHASE

## Delinquency Information

| | |
|---|---|
| Loan Number | 1028498407 |
| Statement Date | 03/16/2016 |
| Property Address | 149 Wilkes St |
| | Beacon, NY  12508 |

NICOLE JOHNSON
149 WILKES ST
BEACON NY  12508-1536

## Important Notice

**You've missed one or more payments and your mortgage loan is in default.** This summary highlights the status of your account, your missed payments and how to get help.

We encourage you to call us at 1-800-848-9380 so we can help you apply for options that may allow you to stay in your home, such as a repayment plan, forbearance plan or loan modification, or otherwise avoid foreclosure through a short sale or deed-in-lieu of foreclosure. You can find more information on our loss mitigation options and application process at chase.com

The foreclosure process has started.

This notice may not stop the foreclosure referral, process or sale. Don't ignore any foreclosure notices.

## Amount Due

As of 03/16/2016, $169,027.50 plus your Corporate Advance Balance of $11,552.63 for a total of $180,580.13 is required to bring your loan current. Payment must be received by certified funds. This amount may include:

- Property maintenance
- Attorney or foreclosure fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes

This amount was calculated on the date referenced above, which means it may change if additional fees are billed after this date. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

## Delinquency Status

**Your mortgage loan payment was due on 09/01/2009, and is 2388 days past due. If you have already made** your past-due payments, please **disregard this notice.**

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

## Other Resources

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Additional Information

If you are represented by an attorney, please refer this notice to your attorney and provide us with the attorney's name, address, and telephone number.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

## Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
|---|---|
| 10/01/2015 | $2,977.42 |
| 11/01/2015 | $2,977.42 |
| 12/01/2015 | $2,377.42 |
| 01/01/2016 | $2,977.42 |
| 02/01/2016 | $2,377.42 |
| 03/01/2016 | $2,377.42 |

You've missed one or more payments and your mortgage loan is in default. This summary highlights the status of your account, your missed payments and how to get help.

We encourage you to call us at 1-800-848-9380 so we can help you apply for options that may allow you to stay in your home, such as a repayment plan, forbearance plan or loan modification, or otherwise avoid foreclosure through a short sale or deed-in-lieu of foreclosure. You can find more information on our loss mitigation options and application process at chase.com.

The foreclosure process has started.

**This notice may not stop the foreclosure referral, process or sale. Don't ignore any foreclosure notices.**

## Amount Due

As of 03/18/2016, $189,027.50 plus your Corporate Advance Balance of $11,552.63 for a total of $180,580.13 is required to bring your loan current. Payment must be received by certified funds.
This amount may include:

- Property maintenance
- Attorney or foreclosure fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes.

This amount was calculated on the date referenced above, which means it may change if additional fees are billed after this date. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

## Delinquency Status

**Your mortgage loan payment was due on 09/01/2009, and is 2388 days past due. If you have already made your past-due payments, please disregard this notice.**

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Additional Information

**If you are represented by an attorney, please refer this notice to your attorney and provide us with the attorney's name, address, and telephone number.**

**This communication is an attempt to collect a debt and any information obtained will be used for that purpose.**

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

## Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
| --- | --- |
| 10/01/2015 | $2,377.42 |
| 11/01/2015 | $2,377.42 |
| 12/01/2015 | $2,377.42 |
| 01/01/2016 | $2,377.42 |
| 02/01/2016 | $2,377.42 |
| 03/01/2016 | $2,377.42 |



**Please see reverse side for important information.**

Exhibit F



chase.com

| Customer Service | 1-800-848-9380 |
| Includes 24/7 Automated Response | |
| Monday - Thursday | 8 a.m. - midnight (ET) |
| Friday | 8 a.m. - 10 p.m. (ET) |
| Saturday | 8 a.m. - 5 p.m. (ET) |
| Hearing Impaired Service (TTY) | 1-800-582-0542 |

29621 MWD Z 13716 C ·  BRE
NICOLE JOHNSON
149 WILKES ST
BEACON NY  12508-1536

## Mortgage Loan Statement

| Loan Number | 1023496407 |
| Statement Date | 05/16/2016 |
| Property Address | 149 Wilkes St |
| | Beacon, NY  12508 |

| **Total Amount Due** | **$173,782.34** |
| **Payment Due Date** | **06/01/2016** |

A late charge of $93.52 may apply if received after
06/16/2016.

## Loan Overview (as of 05/16/2016)

| Original Principal Balance | $262,880.00 |
| Unpaid Principal Balance | $278,355.24 |
| Escrow Balance | ($45,544.40) |
| Corporate Advance Balance | $10,305.63 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by visiting
chase.com/Payoff or obtain a payoff quote by calling our 24/7 automated service at 1-877-505-2894

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
| --- | --- | --- |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Explanation of Amount Due

| Principal | $73.36 |
| Interest | $1,797.00 |
| Escrow Payment (Taxes and/or Insurance) | $507.06 |
| **Monthly Payment** | **$2,377.42** |
| **Prior Fees/Charges** | **$624.68** |
| Fees/Charges Since Last Statement | $0.00 |
| **Original Missed Payment Date** | **09/01/2009** |
| **Past Due Amount** | **$170,780.24** |
| **Total Amount Due** | **$173,782.34** |

## Adjustable-Rate Mortgage Information

| Interest Rate (Until 02/2010) | 4.99000% |
| For Payment Due | 09/01/2009 |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/04/2016 | FCL FEES & COSTS | | | | | $14.00 | |

## Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed
under the Loan Overview section.

If your mortgage loan servicing transferred to Chase this year, and you would like to see your previous payment history, please call the number at the
top of this statement.

**Servicemember Protections**: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or
recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For
more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.



| Delinquency Information | |
| --- | --- |
| Loan Number | 1023496407 |
| Statement Date | 05/16/2016 |
| Property Address | 149 Wilkes St<br>Beacon, NY 12508 |

NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

## Important Notice

**You've missed one or more payments and your mortgage loan is in default.** This summary highlights the status of your account, your missed payments and how to get help.

We encourage you to call us at 1-800-848-9380 so we can help you apply for options that may allow you to stay in your home, such as a repayment plan, forbearance plan or loan modification, or otherwise avoid foreclosure through a short sale or deed-in-lieu of foreclosure. You can find more information on our loss mitigation options and application process at chase.com.

The foreclosure process has started.

**This notice may not stop the foreclosure referral, process or sale. Don't ignore any foreclosure notices.**

## Amount Due

As of 05/16/2016, $173,782.34 plus your Corporate Advance Balance of $10,305.63 for a total of $184,087.97 is required to bring your loan current. Payment must be received by certified funds.
This amount may include:

- Property maintenance
- Attorney or foreclosure fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes.

This amount was calculated on the date referenced above, which means it may change if additional fees are billed after this date. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

## Delinquency Status

**Your mortgage loan payment was due on 09/01/2009, and is 2449 days past due. If you have already made your past-due payments, please disregard this notice.**

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

## Other Resources

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Additional Information

**If you are represented by an attorney, please refer this notice to your attorney and provide us with the attorney's name, address, and telephone number.**

**This communication is an attempt to collect a debt and any information obtained will be used for that purpose.**

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

## Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
| --- | --- |
| 12/01/2015 | $2,377.42 |
| 01/01/2016 | $2,377.42 |
| 02/01/2016 | $2,377.42 |
| 03/01/2016 | $2,377.42 |
| 04/01/2016 | $2,377.42 |
| 05/01/2016 | $2,377.42 |





| | Customer Service Center | 1-800-848-9136 |
|---|---|---|
|  | Monday - Friday | 8 a.m. - 12 a.m. (ET) |
| | Saturday | 8 a.m. - 8 p.m. (ET) |
| | Hearing Impaired (TDD) | 1-800-582-0542 |

 chase.com

llndlululdlddlooduoullldloollldlloodollllloodllol

25386 EWA  Z 13716 C -  BRE ESH
NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

## Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | 1023495407 |
| Statement Date | 05/16/2016 |
| Review Period | 01/2010 to 06/2016 |
| **Escrow Shortage** | **$580.22** |

### Why am I getting this statement?

You are getting this statement because you have an escrow account. That is a special account that we provide for you to pay your property taxes and/or insurance. It is also known as an Annual Escrow Account Disclosure Statement. With an escrow account, you pay a portion of your taxes and/or insurance monthly instead of once or twice a year. Monthly, part of your monthly mortgage payment goes into your escrow account. When your taxes and/or insurance premiums are due, we pay those bills for you with the money in your escrow account.

Once a year, we are required by law to review your escrow account. This statement includes the results of our review. It includes a history of the activity on your account this year and the activity expected for next year.

For more information about escrow, visit **chase.com/ManageMyMortgage**.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 07/01/2016 |
|---|---|---|
| Principal & Interest | $1,278.02 | $1,870.36 |
| Escrow Account Deposit | $607.88 | $665.99 |
| Plus: Account Balance/Shortage | $0.00 | $48.35 |
| **Total Payment Amount** | **$1,885.90** | **$2,584.70** |

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Summary

**Your escrow account is short $580.22.**

There are many possible reasons for your shortage. Some common reasons include: increases in property taxes and/or insurance premiums, tax reassessments, insurance carrier changes, due date changes, fewer than expected escrow deposits. For more information, call us at the number listed above.

Your escrow account will fall $580.22 short of the minimum required balance of $0.00 in the next 12 months.

**You have three options to pay the shortage:**

| Option 1: | **Pay All of the shortage now.** Use the Escrow Shortage Payment Coupon below. If you pay all of your shortage by 07/01/16, your monthly mortgage payment will be $2,536.35 starting 07/01/16. |
|---|---|
| Option 2: | **Pay part of the shortage now.** Use the coupon below. The part you don't pay now will be divided evenly and added to your mortgage payment each month. You will see the adjusted amount due in your next statement. |
| Option 3: | **Pay nothing now.** The $580.22 will be divided among the next 12 months. We will add $48.35 to your monthly mortgage payments. Your new monthly payment will be $2,584.70 starting 07/01/16. |

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope ▼

0000002 1824 160516 Page 1 of 3    25386



### Escrow Payment Options

I understand that my taxes and/or insurance b...







**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | 1023496407 |
| Statement Date | 05/16/2016 |
| Review Period | 01/2010 to 06/2016 |
| **Escrow Shortage** | **$580.22** |

Illudulldillludaludllduldlludadhluladlud

25386 EWA Z 13716 C - BRE ESH
NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

This Year: January 2010 to June 2016 (continued)

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| 07/2010 | Deposit | $467.94 | $0.00 | * | $2,339.70 | S-2,548.76 |
| 08/2010 | Deposit | $467.94 | $0.00 | * | $2,807.64 | S-2,548.76 |
| 09/2010 | Deposit | $467.94 | $0.00 | * | $1,080.81 | S-4,877.24 |
| | Withdrawal - VILLAGE TAX | $2,214.77 | $2,328.48 | * | | |
| 10/2010 | Deposit | $467.94 | $0.00 | * | $1,528.75 | S-4,877.24 |
| 11/2010 | Deposit | $467.94 | $0.00 | * | $1,996.69 | S-6,556.24 |
| | Withdrawal - HOMEOWNER IN | | $1,679.00 | * | | |
| 12/2010 | Deposit | $467.94 | $0.00 | * | $1,086.63 | S-6,556.24 |
| | Withdrawal - HOMEOWNER IN | $1,378.00 | $0.00 | * | | |
| 02/2011 | Withdrawal - CITY TAX | | $2,328.27 | * | $1,086.63 | S-8,884.51 |
| 09/2011 | Withdrawal - VILLAGE TAX | | $2,405.12 | * | $1,086.63 | S-11,289.63 |
| 11/2011 | Withdrawal - HOMEOWNER IN | | $1,974.00 | * | $1,086.63 | S-13,283.63 |
| 02/2012 | Withdrawal - CITY TAX | | $2,703.56 | * | $1,086.63 | S-15,987.19 |
| 09/2012 | Withdrawal - SCHOOL TAX | | $2,451.31 | * | $1,086.63 | S-18,418.50 |
| 11/2012 | Withdrawal - HOMEOWNER IN | | $1,567.00 | * | $1,086.63 | S-19,985.50 |
| 02/2013 | Withdrawal - CITY TAX | | $2,777.99 | * | $1,086.63 | S-22,763.49 |
| 10/2013 | Withdrawal - SCHOOL TAX | | $2,531.31 | * | $1,086.63 | S-25,294.80 |
| 11/2013 | Withdrawal - HOMEOWNER IN | | $1,629.00 | * | $1,086.63 | S-26,923.80 |
| 02/2014 | Withdrawal - CITY TAX | | $2,820.89 | * | $1,086.63 | S-29,744.69 |
| 09/2014 | Withdrawal - SCHOOL TAX | | $3,290.95 | * | $1,086.63 | S-33,035.64 |
| 11/2014 | Withdrawal - HOMEOWNER IN | | $1,651.00 | * | $1,086.63 | S-34,686.64 |
| 02/2015 | Withdrawal - CITY TAX | | $2,865.90 | * | $1,086.63 | S-37,552.54 |
| 09/2015 | Withdrawal - SCHOOL TAX | | $3,414.21 | * | $1,086.63 | S-40,966.75 |
| 11/2015 | Withdrawal - HOMEOWNER IN | | $1,699.00 | * | $1,086.63 | S-42,665.75 |
| 02/2016 | Withdrawal - CITY TAX | | $2,878.65 | * | $1,086.63 | S-45,544.40 |
| 05/2016 | Deposit | | $47,121.06 | E | $1,086.63 | $1,576.66 |
| 06/2016 | Deposit | | $507.06 | E | $1,086.63 | $2,083.72 |
| | Total Deposits | $5,615.28 | $47,628.12 | | | |
| | Total Withdrawals | $5,615.31 | $45,072.88 | | | |
| | Account Balance as of 06/2016 | | | | | $2,083.72 |




# CHASE

# Annual Escrow Analysis



**Current Monthly Mortgage Payment**

**New Monthly Mortgage Payment**

**Escrow Account Summary**

This section shows that your escrow account has a shortage and explains your options. You can make a one-time payment now, pay part of the shortage now or have the shortage payment spread evenly across next year's mortgage payments.

**Escrow Shortage Coupon**

Use this coupon if you mail a full or partial payment of your escrow shortage. You can also pay all or part of your shortage at **chase.com**.

**Escrow Account History**

The activity for your escrow account from the past year is shown here, along with what we estimated your payments would be. Most shortages occur because taxes and/or insurance were higher than what was projected on your last year's escrow analysis.

**Expected Escrow Activity for Next Year**

We've calculated what we expect your escrow account balance will be for the



## Contact Information

**Customer Service Inquiries**
Chase
P.O. Box 24696
Columbus, OH 43224-0696

**Exclusive Address for Notices of Error, Information Requests, and Qualified Written Requests**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

**Request for Mortgage Assistance**
Chase
P.O. Box 469030
Glendale, CO 80246

**Overnight Payment**
Chase
6716 Grade Lane
Building 9, Suite 910
Attn: P.O. Box 9001871
Louisville, KY 40213-1407

**Insurance Claim Correspondence**
Chase
Attn: Insurance Claims
P.O. Box 621539
Atlanta, GA 30362
Telephone: 1-866-742-1461
Fax: 1-678-475-8899

**Insurance Policies & Bills**
Chase
P.O. Box 100564
Florence, SC 29502-0564
Telephone: 1-877-530-8951
Fax: 1-678-475-8799

Please note that you may update your homeowners or flood insurance information online at MyCoverageInfo.com. When you are prompted, please use PIN Number CM156.

**Overnight Payoffs**
Chase
Attn: Dept. PP-7456
3415 Vision Drive
Columbus, OH 43219-6009

**Property Tax Questions**
Chase
P.O. Box 961227
Fort Worth, TX 76161-0227
Telephone: 1-877-314-6353
**Pennsylvania Property Taxes:** Please send us your tax bill to the address above.
**All other states:** You don't need to send us your tax bill.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.



You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service Inquiries address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Information
There are multiple ways you can make your monthly payment:

- **Automatic payments** - Sign up for automatic payments at chase.com/BillPay so you won't have to worry about making your mortgage payments on time.
- **Chase Mobile**[SM] **app** - Make your mortgage payment directly from your smartphone. Visit chase.com/mobile to download the Chase Mobile app. Message and data rates may apply.
- **Chase Online**[SM] **Bill Pay**- Log in to chase.com to schedule a payment with no service charge.
- **Pay by phone** - Call 1-800-848-9136 to use our free automated service and authorize a one-time deduction from your bank account.
- **By mail or in person** - Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

## Loan Payoff Information
The Unpaid Principal Balance on your statement is not a payoff quote. Payoff quotes are available by logging into your account on chase.com. You can also request a quote anytime through our 24-hour automated phone service by calling 1-877-505-2894.

## Important Bankruptcy Information
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

## Homeowner Assistance
You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury-sponsored HOPE Hotline Number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Crediting of Payments
Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Saturday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, we must receive your request within 60 days of the payment date.

## For New York Customers Only
You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

🏠 JPMorgan Chase Bank, N.A. Member FDIC. ©2016 JPMorgan Chase & Co.





## Federal ECOA Notice

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20006.

## Important Notice to Servicemembers and Their Dependents

If you or any occupant of your home are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You may also be eligible for benefits and protections under state law or Chase policy. SCRA and state Military benefits and protections also may be available if you are the dependent of an eligible Servicemember.

Eligible service may include:

- ♦ Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard, or
- ♦ Active service as a commissioned officer of the National Oceanic and Atmospheric Administration, or
- ♦ Active service as a commissioned officer of the Public Health Service, or
- ♦ Service with the forces of a nation with which the United States is allied in a war or Military action, or
- ♦ Service with the National Guard or a state Militia under a state call of duty, or
- ♦ Any period when you are absent from duty because of sickness, wounds, leave or other lawful cause.

For more information, please call Chase Military Services at 1-877-469-0110.

## Notice for Unemployed Homeowners

If you are having trouble making your monthly mortgage payments, we may be able to help. The Unemployment Program is designed to help you stay in your home.

If you are eligible for the program, we will offer you a grace period. During this time, we will delay some or all of your monthly payments to give you time to improve your financial situation. These payments will be due at the end of the grace period.

The grace period is temporary. It lasts for a set number of months or until you find employment, whichever comes first. We will review your mortgage loan 30 days before the grace period ends to see if you are eligible for a loan modification. Even if you are not eligible for a modification, we may have other assistance options available to help you keep your home.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if we need to give you a surplus refund.



| $0.00 | Your minimum required balance |
| S-580.22 | Your estimated lowest account balance for 2017[1] |
| **$580.22** | **Your escrow account shortage** |

[1]See the "Estimated Escrow Account Activity" chart in this statement.

## Accounts in the State of New York

New York State law required that the following information be furnished to you in conjunction with maintaining your real property tax escrow account. Chase is obligated to make all payments for taxes for which the real property tax escrow account is maintained and that if any such payments are not timely (paid by the penalty dates), then Chase is responsible for making such payments (out of your escrow account), including any interest and penalties to be paid by Chase. You are obligated to pay one-twelfth of the taxes each month to Chase, which is deposited into the real property tax escrow account, unless there is a deficiency in the account, in which case a greater amount may be required. Chase must deposit the escrow payments made by you in a banking institution or licensed branch of a foreign banking corporation whose deposits are insured by federal agency. Chase cannot impose any fees relating to the maintenance of the real property tax escrow account.

You may file complaints about your Servicer with the Department of Financial Services or obtain further information from the Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting www.dfs.ny.gov.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

■ Your most recent mortgage payment due was $1,885.90. Your mortgage payment includes principal and interest $1,278 02 and escrow money $607.88.

■ At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was S-45,544 40.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: January 2010 to June 2016

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | S1,086.66 | S-471.52 |
| 01/2010 | Deposit | S467 94 | S0.00 | * | S1,554.60 | S-471.52 |
| 02/2010 | Deposit | S467 94 | S0.00 | * | | |
| | Withdrawal - CITY TAX | S2,022 54 | S2,077 24 | * | S0.00 | S-2,548.76 |
| 03/2010 | Deposit | S467 94 | S0 00 | * | S467.94 | S-2,548 76 |
| 04/2010 | Deposit | S467 94 | S0.00 | * | S935.88 | S-2,548 76 |
| 05/2010 | Deposit | S467 94 | S0.00 | * | S1,403.82 | S-2,548 76 |
| 06/2010 | Deposit | S467 94 | S0.00 | * | S1,871.76 | S-2,548 76 |

**(Continued)**



Next Year: July 2016 to June 2017 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|------|----------|------------------|---------------|--------------------------|------------------------|
| 09/2016 | Deposit | $665.99 | | $887.48 | |
| | Withdrawal - SCHOOL TAX | $3,414.21 | | | |
| 10/2016 | Deposit | $665.99 | | $1,333.47 | |
| 11/2016 | Deposit | $665.99 | | $1,999.46 | |
| 12/2016 | Deposit | $665.99 | | $966.45 | |
| | Withdrawal - HOMEOWNER IN | $1,699.00 | | | |
| 01/2017 | Deposit | $665.99 | | $1,632.44 | |
| 02/2017 | Deposit | $665.99 | | $-580.22 | |
| | Withdrawal - CITY TAX | $2,878.65 | | | |
| 03/2017 | Deposit | $665.99 | | $85.77 | |
| 04/2017 | Deposit | $665.99 | | $751.76 | |
| 05/2017 | Deposit | $665.99 | | $1,417.75 | |
| 06/2017 | Deposit | $665.99 | | $2,083.74 | |
| | Total Estimated Deposits | $7,991.88 | | | |
| | Total Estimated Withdrawals | $7,991.86 | | | |
| | Estimated Account Balance as of June 2017 | | | $2,083.74 | |

Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|-----|----|----|-----------|----|----|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| SCHOOL TAX | $3,414.21 | September 16 | HOMEOWNER IN | $1,699.00 | December 16 |
| CITY TAX | $2,878.65 | February 17 | | | |

**Total Tax and Insurance Monthly Payment Amount = $665.99**

**CHASE** ⬡

## FREQUENTLY ASKED QUESTIONS

**Why am I getting an Escrow Analysis?**

We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we expect to pay next year.

**What is an escrow minimum balance?**

For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Why does my account have a shortage?**

We calculate your monthly escrow payment for the year based on your tax and/or insurance payment amounts at the time your analysis is run. Shortages most frequently occur when your taxes and/or insurance increase during the year. We pay the higher amount due for you. This can create a shortage because we're paying out more than we expected.

**What do I need to do about this shortage?**

You have options:

- You can pay all of the shortage now.
- You can pay part of the shortage now.
- We can spread the shortage payment evenly across next year's mortgage escrow payments.
- Please note that your escrow payment may still go up, even if you pay all of the shortage, if your tax and/or insurance expenses have gone up.

## ESCROW RESOURCES

- To use our interactive tool and understand how paying part or all of an escrow shortage affects your account, visit **chase.com/EscrowAnalysis.**
- For answers to more questions and to watch our informational video, visit **chase.com/Escrow.**
- Schedule a payment for all or part of your escrow shortage at **chase.com.**
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **chase.com/Alerts.**

Exhibit G

**Chase**
P.O. Box 183166
Columbus, OH 43218-3166



**CHASE** ⬡



January 20, 2016

001772 - 1 of 1 NSP0IF1A-Z1 000000000000
Nicole Johnson
149 Wilkes Street
Beacon, NY 12508

## Here's the contact information you requested

Account:            1023496407
Property Address:   149 Wilkes Street
                    Beacon, NY 12508-0000

Dear Nicole Johnson:

Since we answer questions and service the mortgage on behalf of the investor, we're providing the contact information you requested.

The information for the owner of the mortgage loan is:

> Wells Fargo Bank NA as Trustee for CMLT 2007-FRE1
> 9062 Old Annapolis Rd
> Columbia, MD 21045
> 1-443-367-2897

If you have any questions, please call us at one of the numbers below. We appreciate your business.

Sincerely,

Dean Cooper
Managing Director
Chase
1-800-848-9136
1-800-582-0542 TTY
www.chase.com



**Chase**
P.O. Box 183166
Columbus, OH 43218-3166

January 21, 2016

Nicole Johnson
149 Wilkes Street
Beacon, NY 12508

## Here's important information about your mortgage agreement

Customer Name(s):   Nicole Johnson
Account:                    1023496407
Property Address:     149 Wilkes Street
                                  Beacon, NY 12508-0000

Dear Nicole Johnson:

We're responding to the letter dated January 15, 2016, from Nicole Johnson and addressed to Chase.

The letter doesn't state how the loan is in error. We've reviewed the loan and determined that Nicole Johnson has undertaken a valid, binding and legally enforceable obligation with us. We have determined that this is a valid debt.

We've enclosed documents (when applicable and available) for reference and haven't included any information or document requested that is unavailable, proprietary, or a matter of public record.

**Here are your loan details**
The following table lists information about the terms, balance and payments for your loan:

| Loan Information | |
|---|---|
| Loan Type | Conventional |
| Origination Date | December 18, 2006 |
| Original Loan Amount | $262,880.00 |
| Interest Rate | 4.99% |
| Maturity Date | January 1, 2037 |

| | |
|---|---|
| Original Term | 600 |
| Remaining Term | 577 |
| **Balance Information** | |
| Principal Balance | $278,355.24 |
| Escrow Balance | ($42,665.75) |
| Late Charges Due | $624.68 |
| Fees Due | $0.00 |
| **Payment Information** | |
| Principal and Interest Payment | $1,278.02 |
| Escrow Payment | $607.88 |
| Subsidy Payment | $0.00 |
| Total Monthly Payment | $1,885.90 |
| Next Due Date | September 1, 2009 |

The principal balance above is not a payoff quote. Accrued interest, fees, corporate and escrow advances, payments received, and other charges may have been assessed or credited to the loan since the date of this letter.

### Here's more information about your loan
We've outlined other important information about your mortgage below:

### Loan origination
This loan was originated by Fremont Investment on December 18, 2006.

The servicing of this loan transferred to us on May 1, 2007. If you have any questions about the origination of the loan, please contact the original lender.

### Accounting and servicing systems
This information is proprietary and will not be provided.

### Mortgage and assignments
Chase is the servicer of this mortgage loan. Any assignment of the Security Instrument, previous sellers, purchasers, assignors, and assignees would be a matter of public record. Please review public record for this information.

### Your investor
The name and contact information for the investor of this loan is:

Name:      Wells Fargo Bank NA as Trustee for CMLT 2007-FRE1
Address:    9062 Old Annapolis Rd
                Columbia, MD 21045

Phone:          1-443-367-2897

Payments (debit and credits)
Please see the enclosed Loan Transaction History for any questions about payments we've received and applied to or made from your loan.

**Suspense/unapplied accounts**
The enclosed Loan Transaction History shows the funds held in suspense. These funds can be combined with additional funds to complete monthly payments. They may also be applied to the escrow account and/or fees, if applicable.

**Fees**
The fees on this loan are shown in the enclosed Loan Transaction History and include charges assessed or collected for any late payments, attorney fees, property inspections, or broker price opinion we may have ordered. Please see the enclosed Loan Transaction History for any questions about these items.

We've also enclosed a copy of the Note and Security Instrument that gives details about any fees charged to this loan and our ability to assess and collect them.

**Lender-placed insurance**
We didn't purchase a lender-placed insurance policy for this loan.

**Escrow**
We've enclosed the two most recent escrow analyses that show the escrow activity for your account. You can also see the enclosed Loan Transaction History for information about your escrow activity.

**Credit reporting**
We report credit as required under the Fair Credit Reporting Act guidelines. If you believe that any information in your credit report isn't accurate, you'll need to provide evidence to support your dispute. If you'd like to file a dispute, please let us know and we'll send you a list of the acceptable documents you should provide to start a credit reporting investigation. You can also file a dispute with any of the credit bureaus.

We only send changes to credit histories if we made a mistake in our initial reporting. We didn't include any information that was confidential, privileged, or proprietary to us.

**We won't tolerate any attempts to avoid a valid debt.** Please understand that continued inquiries of this nature won't delay the lender's legal right of action when the loan is in default.

If you still need more information, please send a written request about the specific information you're requesting to:

> Chase
> P.O. Box 183166
> Columbus, OH 43218-3166

If you have any questions, please call us at one of the numbers below.

Sincerely,

Chase
1-800-848-9136
1-800-582-0542 TTY
www.chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-800-848-9136.

Enclosed:
- Note
- Loan Transaction History
- Note
- Security Instrument

- HUD1 Settlement Statement
- Assignment of Mortgage
- Escrow Analysis
- Escrow Recon
- Broker Price Opinion
- Transaction History

### Important Legal Information

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, to the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code ("the Bankruptcy Code"), this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. Any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

CR44493
QW008

Exhibit H

# INVOICE

Invoice # 2016043005
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

To:
CHASE
P.O. Box 183166
Columbus, Ohio 43218-3166

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| Communications w/o prior consent or express permission: | |
|     To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
|     To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | |
|     personal humiliation, mental anguish, suffering | $250,000.00 |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| | |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and | |
|     without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
|     of debt (1692g(b)) | $30,000.00 |

TOTAL AMOUNT THIS INVOICE: $1,045,310.75

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

*Nicole Gellineau.*

Thank you for your business.

# INVOICE

Invoice # 2016043001
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

To:
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| | |
| Communications w/o prior consent or express permission: | |
|     To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
|     To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | |
|     personal humiliation, mental anguish, suffering | $250,000.00 |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| | |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and | |
|     without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
|     of debt (1692g(b)) | $30,000.00 |

TOTAL AMOUNT THIS INVOICE: $1,045,310.75

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

Nicole Gellineau.

Thank you for your business.

# INVOICE

Invoice # 2016043002
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

To:
CHRISTOPHER VIRGA, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| Communications w/o prior consent or express permission: | |
| To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
| To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, personal humiliation, mental anguish, suffering | $250,000.00 |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| Per Consumer Notice of Dispute of Debt and agreement: Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification of debt (1692g(b)) | $30,000.00 |
| TOTAL AMOUNT THIS INVOICE: | $1,045,310.75 |

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

Nicole Gellineau.

Thank you for your business.

# INVOICE

Invoice # 2016043003
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

To:
RONNI GINSBERG, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| Communications w/o prior consent or express permission: | |
|     To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
|     To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | $250,000.00 |
|     personal humiliation, mental anguish, suffering | |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and | |
|     without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
|     of debt (1692g(b)) | $30,000.00 |

TOTAL AMOUNT THIS INVOICE: $1,045,310.75

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

Nicole Gellineau

Thank you for your business.

# INVOICE

Invoice # 2016043004
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

To:
TODD W. CARPENTER, ESQ.
4 Liberty Street
Poughkeepsie, NY 12601

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

Description | Amount

Assessment of actual damages under 15 U.S.C. § 1692k(a)(1):

| Description | Amount |
|---|---|
| Communications w/o prior consent or express permission: | |
|     To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
|     To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | |
|     personal humiliation, mental anguish, suffering | $250,000.00 |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| | |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and | |
|     without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
|     of debt (1692g(b)) | $30,000.00 |

TOTAL AMOUNT THIS INVOICE:   $1,045,310.75

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

(Signed,

Nicole Gellineau

Thank you for your business.





## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7015 0640 0004 2282 9015

COLUMBUS OH 43218-3166

| Certified Mail Fee | $3.30 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $ N/A |
| ☐ Adult Signature Restricted Delivery | $ N/A |
| Postage | $0.47 |
| | 04/30/2016 |
| Total Postage and Fees | $6.47 |

Sent To CHASE
Street and Apt. No., or PO Box No. P.O. BOX 183166
City, State, ZIP+4® COLUMBUS, OHIO 43218-3166

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7015 0640 0004 2282 9022

POUGHKEEPSIE NY 12601

| Certified Mail Fee | $3.30 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $2.70 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☑ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $ N/A |
| ☐ Adult Signature Restricted Delivery | $ N/A |
| Postage | $0.47 |
| | 04/30/2016 |
| Total Postage and Fees | $6.47 |

Sent To TODD CARPENTER, ESQ
Street and Apt. No., or PO Box No. 4 LIBERTY ST.
City, State, ZIP+4® POUGHKEEPSIE, NY 12601

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7015 0640 0004 2284 2366

HUNTINGTON NY 11743

| Certified Mail Fee | $3.30 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $2.70 |
| ☑ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| Total Postage and Fees | $ |

Sent To CHRISTOPHER VIRGA, ESQ. SILORE & ASSOC
Street and Apt. No., or PO Box No. 181 EAST MAIN ST.
City, State, ZIP+4® HUNTINGTON, NY 11743

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

```
              BEACON MPO
           BEACON, New York
              125089998
           3590960201-0098
04/30/2016 (800)275-8777 10:44:42 AM

---------- Sales Receipt ----------
Product        Sale Unit      Final
Description     Qty Price     Price

COLUMBUS OH 43218-3166         $0.47
Zone-4
First-Class Mail Letter
0.40 oz.
Expected Delivery: Tue 05/03/16
@@ Certified Mail              $3.30
USPS Certified Mail #:
70150640000422829039
Return Receipt                 $2.70
Label #:
9590952106150188181506
                            ========
Issue Postage:                 $6.47

POUGHKEEPSIE NY 12601-3234     $0.47
Zone-1
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@@ Certified Mail              $3.30
USPS Certified Mail #:
70150640000422829022
Return Receipt                 $2.70
Label #:
9590952106150188181568
                            ========
Issue Postage:                 $6.47

HUNTINGTON NY 11743-2921       $0.47
Zone-2
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@@ Certified Mail              $3.30
USPS Certified Mail #:
70150640000422842366
Return Receipt                 $2.70
Label #:
9590952106150188181520
                            ========
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TODD W. CARPENTER, ESQ.
4 Liberty Street
POUGHKEEPSIE NY 12601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7015 0640 0004 2282 9022

PS Form 3811, July 2013          Domestic Return Receipt

```
Issue Postage:              $6.47

HUNTINGTON NY 11743-2921    $0.47
Zone-2
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@@ Certified Mail           $3.30
USPS Certified Mail #:
70150640000422829015
Return Receipt              $2.70
Label #:
9590952106150188181537
                          ========
Issue Postage:              $6.47

HUNTINGTON NY 11743-2921    $0.47
Zone-2
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@@ Certified Mail           $3.30
USPS Certified Mail #:
70150640000422842359
Return Receipt              $2.70
Label #:
9590952106150188181544
                          ========
Issue Postage:              $6.47

                          ---------
Total:                     $32.35

Paid by:
Debit Card                 $32.35
   Account #:    XXXXXXXXXXXX3941
   Approval #:   037585
   Transaction #:  130
   23903610590
   Receipt#:     001208

@@ Text your tracking number to
28777 (2USPS) to get the latest
status. Standard Message and Data
rates may apply. You may also visit
USPS.com USPS Tracking or call
1-800-222-1811.
*****************************************
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
*****************************************
*****************************************

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*****************************************
*****************************************

Bill#:1000203954408
Clerk:09

All sales final on stamps and postage
 Refunds for guaranteed services only
     Thank you for your business

-----------------------------------

    HELP US SERVE YOU BETTER
```

Exhibit I

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: CHASE
P.O. Box 183166
Columbus, Ohio 43218-3166

### NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043005, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9039. A copy of the invoice is enclosed for your convenience.

Your payment is now past due. You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

## NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043001, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2284-2359. A copy of the invoice is enclosed for your convenience.

Your payment is now past due. You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

NOTICE OF FAULT
Certified Mail #7015-0640-0004-2282-9077

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: CHRISTOPHER VIRGA, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

## NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043002, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2284-2366. A copy of the invoice is enclosed for your convenience.

**Your payment is now past due.** You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: RONNI GINSBERG, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

## NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043003, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9015. A copy of the invoice is enclosed for your convenience.

**Your payment is now past due.** You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

NOTICE OF FAULT
Certified Mail #7015-0640-0004-2282-9060

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: TODD CARPENTER, ESQ
    4 Liberty Street
    Poughkeepsie, NY 12601

## NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043004, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9022. A copy of the invoice is enclosed for your convenience.

Your payment is now past due. You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer.
149 Wilkes Street
Beacon, New York 12508

NOTICE OF FAULT
Certified Mail #7015-0640-0004-2282-9084

Exhibit J

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: CHASE
P.O. Box 183166
Columbus, Ohio 43218-3166

### NOTICE OF DEFAULT
### AND
### INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION

On 4-30-2016, you were served INVOICE# 2016043005, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9039.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043005 by first class certified mail# 7015-0640-0004-2282-9091.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3931

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

## NOTICE OF DEFAULT
### AND
### INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION

On 4-30-2016, you were served INVOICE# 2016043001, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-2359.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043001 by first class certified mail# 7015-0640-0004-2282-9077.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3924

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: STIENE & ASSOCIATES, P.C.
Attn: CHRISTOPHER VIRGA, ESQ.
187 East Main Street
Huntington, NY 11743

## NOTICE OF DEFAULT
### AND
## INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION

On 4-30-2016, you were served INVOICE# 2016043002, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2284-2366.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043002 by first class certified mail# 7015-0640-0004-2282-9053.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3900

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: STIENE & ASSOCIATES, P.C.
Attn: RONNI GINSBERG, ESQ.
187 East Main Street
Huntington, NY 11743

## NOTICE OF DEFAULT
### AND
### INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION

On 4-30-2016, you were served INVOICE# 2016043003, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9015.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043003 by first class certified mail# 7015-0640-0004-2282-9060.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3917

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: TODD CARPENTER, ESQ.
4 Liberty Street
Poughkeepsie, NY 12601

### NOTICE OF DEFAULT
#### AND
### INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION

On 4-30-2016, you were served INVOICE# 2016043004, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9022.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043004 by first class certified mail# 7015-0640-0004-2282-9084.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3894