# Exhibit 6



# New York State Unified Court System

# WebCivil Supreme - Case Detail

Add to eTrack

| | |
|---|---|
| Court: | **Dutchess Civil Supreme** |
| Index Number: | **003344/2013** |
| Case Name: | **WELLS FARGO BANK NA vs. JOHNSON, NICOLE,ETAL** |
| Case Type: | **Res Foreclosure Fsc Eligible** |
| Track: | **Standard** |
| RJI Filed: | **09/30/2013** |
| Date NOI Due: | |
| NOI Filed: | **01/06/2016** |
| Disposition Date: | **04/18/2016** |
| Calendar Number: | |
| Jury Status: | **Non-Jury** |
| Justice Name: | **HON. MARIA G. ROSA** |

Attorney/Firm For Plaintiff:

**STIENE & ASSOCIATES, P.C.**      Attorney Type: **Attorney Of Record**      Atty. Status: **Active**
**187 EAST MAIN STREET**
**HUNTINGTON, NY 11743**
**631-935-1616**

Attorney/Firm For Defendant:

**PRO SE**      Attorney Type: **Attorney Of Record**      Atty. Status: **Active**
**SEE COMMENT SCREEN FOR NAME ADDRESS & PHONE NO.**

Close   Show Appearances   Show Motions



# NEW YORK STATE UNIFIED COURT SYSTEM

# eCOURTS UCS

## WebCivil Supreme - Appearance Detail

Court: **Dutchess Civil Supreme**
Index Number: **003344/2013**
Case Name: **WELLS FARGO BANK NA vs. JOHNSON, NICOLE,ETAL**
Case Type: **Res Foreclosure Fsc Eligible**
Track: **Standard**

### Appearance Information:

| Appearance Date | Time | On For | Appearance Outcome | Justice / Part | Comments | Motion Seq |
|---|---|---|---|---|---|---|
| 04/18/2016 | | Supreme Trial | Judgment Granted | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | JMT SIGNED | |
| 04/15/2016 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | MOTION | |
| 04/14/2016 | | Motion | Motion Decided-Open Appearance | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA - MOTIONS | | 002 |
| 03/18/2016 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | PAPERS | |
| 02/19/2016 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | CONTROL 3/15/16 CONTROL | |
| 01/13/2016 | | Supreme Trial | Status Conference Held | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | 9:45 CONFERENCE | |
| 01/05/2016 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | CONTROL 1/13/16 CONF | |
| 12/11/2015 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | CONTROL | |
| 06/19/2015 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | MOTION | |
| 06/19/2015 | | Motion | Motion Decided-Open Appearance | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA - MOTIONS | | 001 |
| 06/15/2015 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | MOTION | |
| 06/15/2015 | | Motion | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA - MOTIONS | | 001 |
| 06/01/2015 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | MOTION | |
| 06/01/2015 | | Motion | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA - MOTIONS | | 001 |
| 05/01/2015 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | MOTION | |
| 05/01/2015 | | Motion | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA - MOTIONS | | 001 |
| 03/13/2015 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | MOTION | |
| 03/11/2015 | | Motion | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA - MOTIONS | | 001 |
| 01/23/2015 | | Supreme Trial | Adjourned | HON. MARIA G. ROSA<br>HON. MARIA G. ROSA | CONTROL | |
| 01/07/2014 | | Supreme Trial | Fsc - Not Settled (U) | FORECLOSURE SETTLEMENT PART<br>LISA E. RUBENSTEIN | 45 DAY STAY NFERENCE | |
| 10/23/2013 | | Supreme Initial (first time on) | Fsc - Continued (U) | FORECLOSURE SETTLEMENT PART<br>LISA E. RUBENSTEIN | 10:30 FORECLOSURE CONFERENCE | |

Close




# WebCivil Supreme - Motion Detail

Court: **Dutchess Civil Supreme**
Index Number: **003344/2013**
Case Name: **WELLS FARGO BANK NA vs. JOHNSON, NICOLE,ETAL**
Case Type: **Res Foreclosure Fsc Eligible**
Track: **Standard**

**Motion Information:**

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Answer Demanded | Status | Decision | Order Signed Date |
|---|---|---|---|---|---|---|---|---|
| 002 | | | Judgment | | No | Decided: 18-APR-16 CLOSED MOTION Before Justice: ROSA | Memo | |
| 001 | | | Summary Judgment | | No | Decided: 15-JUL-15 CLOSED MOTION Before Justice: ROSA | Memo | |

Close