Brian P. Scibetta, Esq. – BS8008
BUCKLEY MADOLE, P.C.
420 Lexington Avenue, Suite 840
New York, NY 10170
Telephone: 347-286-7409
Fax: 347-286-7414
Attorneys for Defendants, JPMorgan Chase Bank, National Association
and Wells Fargo Bank National Association, as Trustee for Carrington Mortgage
Loan Trust, Series 2007-FRE1, Asset-Backed Pass Through Certificates

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE JOHNSON-GELLINEAU,<br><br>    Plaintiff,<br><br>    v.<br><br>STIENE & ASSOCIATES, P.C.;<br>CHRISTOPHER VIRGA, ESQ.; RONNI<br>GINSBERG, ESQ.; JPMORGAN CHASE<br>BANK, NATIONAL ASSOCIATION;<br>WELLS FARGO BANK NATIONAL<br>ASSOCIATION, AS TRUSTEE FOR<br>CARRINGTON MORTGAGE LOAN<br>TRUST, SERIES 2007-FRE1, ASSET-<br>BACKED PASS-THROUGH<br>CERTIFICATES,<br><br>    Defendants. | *Document filed electronically*<br><br><br>Civil Action No. 7:16-cv-09945-KMK<br><br><br>**CERTIFICATE OF SERVICE** |

I, Brian P. Scibetta, do hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

  1.  I am an attorney and associated with the law firm of Buckley Madole, P.C., attorneys for

      Defendants, JPMorgan Chase Bank, National Association and Wells Fargo Bank National

      Association, as Trustee for Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-

      Backed Pass Through Certificates (collectively, "Defendants"), in the above-captioned

      civil action.  I am admitted to practice in this Court and am a member in good standing.

2.  On August 11, 2017, I caused Defendants' Notice of Motion to Dismiss the Complaint

Pursuant to Fed. R. Civ. P. 12(b)(6), Notice to Pro Se Litigant Pursuant to Local Civil Rule

12.1, Memorandum of Law, along with copies of cases and other authorities cited therein

that are unpublished or reported exclusively on computerized databases, pursuant to Local

Civil Rule 7.2, Declaration of Brian P. Scibetta, Esq., and this Certificate of Service to be

delivered via Federal Express and email upon the following:

Nicole Johnson-Gellineau, *pro se*
149 Wilkes Street
Beacon, NY 12508
nikkigelly@gmail.com

3.  Also on August 11, 2017, I caused each of the motion documents referenced in Paragraph

2 (absent the copies of cases and other authorities required only to be served on pro se

litigants pursuant to Local Civil Rule 7.2) to be served via CM/ECF upon the following:

Matthew J. Bizzaro, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue
Garden City, New York 11530
*Counsel for Defendants, Stiene & Associates, P.C.,*
*Christopher Virga, Esq., and Ronni Ginsberg, Esq.*

4.  I certify under penalty of perjury that the foregoing is true and correct.

By:  */s/ Brian P. Scibetta*
Brian P. Scibetta

Dated:  August 11, 2017