UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NICOLE JOHNSON-GELLINEAU,                          Case No.: 16-cv-9945

                               Plaintiff,

                -against-
                                                   **NOTICE OF MOTION**

STIENE & ASSOCIATES, P.C.; CHRISTOPHER
VIRGA, ESQ.; RONNI GINSBERG, ESQ.;
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION; WELLS FARGO BANK
NATIONAL ASSOCIATION, AS TRUSTEE FOR
CARRINGTON MORTGAGE LOAN TRUST,
SERIES 2007-FRE1, ASSET-BACKED
PASS-THROUGH CERTIFICATES;

                               Defendants.
-------------------------------------------------------------------X

**MOTION BY:**               L'ABBATE, BALKAN, COLAVITA
                               & CONTINI, L.L.P.
                             Attorneys for Defendants
                             Stiene & Associates, P.C., Ronni
                             Ginsberg, Esq. and Chris Virga, Esq.
                             1001 Franklin Avenue
                             Garden City, New York 11530
                             (516) 294-8844

**DATE, TIME &
PLACE OF HEARING:**          At a time to be determined by the Court,  before the
                             Honorable Kenneth Karas, at the United States District Court,
                             Southern District of New York, 800 Quarropas Street, White
                             Plains, New York 10601.

                             Oral argument will be held on a date and at a time designated
                             by the Court.

**SUPPORTING PAPERS:**       (1)   Declaration of Matthew J. Bizzaro dated August 11,
                                   2017, together with all exhibits annexed thereto; and

                             (2)   Defendants' memorandum of law dated August 11,
                                   2017.

**RELIEF DEMANDED:** (1) An Order pursuant to Rule 12(b) (6) of the Federal Rules of Civil Procedure, dismissing plaintiff's complaint; and

**OTHER RELIEF:** (2) such other and further relief as this court deems just and proper.

DATED:     Garden City, New York
           August 11, 2017

Yours, etc.,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, LLP

By: _____
     Matthew J. Bizzaro, Esq.
     Attorneys for Defendants
     *Stiene & Associates, P.C., Ronni*
     *Ginsberg, Esq. and Chris Virga, Esq.*
     1001 Franklin Avenue
     Garden City, New York 11530
     (516) 294-8844

TO:     Nicole Johnson-Gellineau
        Plaintiff, *Pro Se*
        149 Wilkes Street
        Beacon, NY 12508

        Brian P. Scibetta, Esq.
        Buckley Madole, P.C.
        Attorneys for Defendants
        *JPMorgan Chase Bank and*
        *Wells Fargo Bank*
        99 Wood Avenue South, Suite 803
        Iselin, NJ 08830
        (732) 692-6820