# EXHIBIT 1

## (Part 2 of 2)

proper.

ANSWERING
AFFIRMATION:                    Answering affidavits are to be served seven (7) days prior to
                                the return date of this motion, in accordance with CPLR
                                §2214(b).

TYPE OF ACTION:                 FORECLOSURE

Dated:  March 17, 2016
Huntington, NY

                                    Respectfully submitted,

                                STIENE & ASSOCIATES, P.C.

                                By:  Ronni Ginsberg, Esq.
                                Attorneys for Plaintiff
                                187 East Main Street
                                Huntington, NY 11743
                                (631) 935-1616

TO:
Nicole Johnson
149 Wilkes Street
Beacon, NY 12508

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

WELLS FARGO BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN
TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-
THROUGH CERTIFICATES,

                                    Plaintiff,

            — against —

NICOLE JOHNSON, PETER JOHNSON,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. SOLELY AS NOMINEE FOR
FREMONT INVESTMENT AND LOAN,

and JOHN DOE AND JANE DOE #1 through #7,
the last seven (7) names being fictitious and
unknown to the plaintiff, the persons or parties
intended being the tenants, occupants, persons
or parties, if any, having or claiming an interest
in or lien upon the mortgaged premises described
in the Verified Complaint,

                                    Defendants.

**AFFIRMATION OF
REGULARITY IN SUPPORT
OF MOTION**

INDEX # 3344/13

Ronni Ginsberg, an attorney duly licensed to practice law in the courts of the State of New York hereby affirms under penalty of perjury:

1.  I am an Associate of the firm of **STIENE & ASSOCIATES, P.C.**, attorneys for the Plaintiff in the above entitled action and as such, I am fully familiar with all of the proceedings had herein.

2.  This is an action to foreclose a Mortgage executed by Nicole Johnson to Mortgage Electronic Registration Systems, Inc., solely as nominee for Fremont Investment & Loan, dated December 18, 2006, and recorded in the Dutchess County Clerk's Office County Clerk's Office on

March 3, 2008, under Document #: 01 2008 2204, on the premises located at 149 Wilkes Street, Beacon, NY 12508.  The Note and Mortgage were tendered and transferred to the Plaintiff.  An Assignment of Mortgage was recorded in the Dutchess County Clerk's Office on March 8, 2010, under Document # 01 2010 502A.

3.  The Summons, Complaint and Notice of Pendency in this action were duly filed in the Office of the Clerk of Dutchess County on June 3, 2013, which is more than twenty days prior to the date of this application.  The Notice of Pendency correctly and truthfully states all matters required by law to be contained therein.  Copies of the Notice of Pendency, Summons and Complaint (*sans* Exhibits) are annexed hereto as **Exhibit A**.

4.  As evidenced by the Affidavits of Service filed in this action, all of the defendants were duly served with copies of the Summons and Complaint.  Copies of the Affidavits of Service are annexed hereto as **Exhibit B**.

5.  The Defendant, Nicole Johnson, answered with respect to the Complaint after being duly served and the remaining Defendants are in default because their time to answer, appear, or move with respect to the Complaint has expired and not extended. Copies of the answer and the amended answer are annexed hereto as **Exhibit C**.

6.  On August 10, 2015, an order was signed by this Court, appointing Todd W. Carpenter, Esq., Referee to compute the sums of money due and owing to Plaintiff and to inquire whether the mortgaged premises can be sold in one parcel.  A copy of the Order of Reference is annexed hereto as **Exhibit D**.

7.  On August 27, 2015 a Notice of Entry for the Order of Reference was served on all of the defendants, and the Referee.  Said Notice of Entry was filed with the Office of the Dutchess County Clerk. Copies of the Notice of Entry with the Order of Reference and proof of service are

annexed hereto as **Exhibit E.**

8. On March 10, 2016, the Referee duly executed a report, wherein he determined that as of December 5, 2015, there is due and owing to the Plaintiff the total aggregate sum of Four Hundred Thirty Thousand Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars plus expenses, and plus interest from December 1, 2015, the date interest was calculated to in said report. The Referee also determined that the mortgaged premises should be sold in one parcel. The original Referee's report is submitted with this motion and a copy of said report is annexed hereto as **Exhibit F.**

9. The subject mortgage, a copy of which is annexed hereto as **Exhibit G,** at paragraph 22, provides in pertinent part as follows:

> If Lender requires Immediate Payment in Full, Lender may bring a lawsuit to take away all of my remaining rights in the Property and have the Property sold. At this sale Lender or another Person may acquire the Property. This is known as "Foreclosure and Sale." In any lawsuit for Foreclosure and Sale, Lender will have the right to collect all costs and disbursements and additional allowances allowed by Applicable Law and will have the right to add all reasonable attorneys' fees to the amount I owe Lender, which fees shall become part of the Sums Secured.

10. Set forth below is an itemization of the services performed by this firm on behalf of the Plaintiff. This firm has had experience in all types of foreclosure proceedings and has represented mortgagees and mortgagors in numerous foreclosure proceedings. It is respectfully submitted that the following denominated services and the charges therefor were fair and reasonable in connection with this foreclosure action:

Receipt and review of client's file
documents, initial communication
with client, correspondence with client,
ordering of foreclosure search and receipt
and review of foreclosure search......................................................... 2.0 hour

Preparation and filing of Summons and
Complaint and Notice of Pendency ......................................................... 2.5 hours

Review of affidavits of
service on all defendants, forwarding
original affidavits and receipts to
court ........................................................................................   0.5 hours

Preparation of Referee's Report of
amount due.................................................................................   1.0 hours

Correspondence with Referee to advise of appointment
and to make arrangements for execution of
report..........................................................................................   0.25 hours

Preparation and submission of motion for judgment and attorneys
affirmation, preparation and submission of bill of cost,
following for judgment signed by court.......................................   2.0 hours

Preparation of Notice of Sale, telephone
conversations with Referee to set sale
date, commencing advertising with
advertising agency, serving notice on
proper parties.............................................................................   0.75 hours

Computation of upset price, preparation
of terms of sale and memorandum of sale,
telephone conversation with client
verifying figures and bidding tactics ........................................   1.0 hours

Attendance at auction with Referee,
protection of clients' interests
at sale..........................................................................................   2.0 hours

Preparation of Referee's Report of Sale.......................................   1.0 hour

Preparation of Referee's Deed, real
property transfer gains tax affidavit,
arranging execution of same by Referee ....................................   1.0 hours

Attendance at closing of title ......................................................   1.0 hour

**TOTAL HOURS FOR SERVICES RENDERED** ...........................   **15.00 hours**

In seeking compensation, Stiene & Associates P.C. utilized, in part, an hourly rate structure.  During

the period encompassed by this application, applicant's hourly rate was $200.00 per hour and Stiene

& Associates P.C. the hourly rate structure was utilized for 15 hours, for a total legal fee for hourly work of $3,000.00. In seeking compensation, Stiene & Associates P.C. also utilized, in part, a standard allowable legal fee. The standard legal fee for this action is $2,000.00. Accordingly, an award of attorney's fees in the amount of Two Thousand and 00/100 ($2,000.00) Dollars is respectfully requested.

11. It is respectfully submitted that the fee sought herein is customary and based on the usual criteria in matters of this type, given the size and complexity of the case, and is commensurate with the fee applicant has been awarded in other foreclosure cases.

12. Pursuant to CPLR §3215, an additional notice has been mailed to the Defendant, Ricardo Gellieno. The additional mailings are annexed hereto as **Exhibit H.**

13. An Affirmation pursuant to Administrative Order 208/13 was filed with the Office of the Dutchess County Clerk. A copy of the Affirmation is annexed hereto as **Exhibit I.**

14. A residential mortgage foreclosure settlement conference pursuant to CPLR §3408 was held on January 7, 2014. Settlement did not materialize from said conference. The CPLR §3408 Affirmation was sent to the Office of the Dutchess County Clerk for filing with this application. A copy of the Affirmation is annexed hereto as **Exhibit J.**

15. None of the defendants, except Nicole Johnson, are entitled to notice of this application.

16. The Defendant, Nicole Johnson, is not currently active in the Military. A Department of Defense/Defense Manpower Data Center search was completed and is annexed hereto as **Exhibit K.**

17. All of the proceedings in this action have been regular and in conformity with the rules and practices of this Court.

18. Upon information and belief, all of the Defendants are of sound mind and none of

them are infants or absentees.

19.     No previous application for this or similar relief has been made to any other court or justice.

WHEREFORE, it is respectfully requested that Plaintiff's motion to confirm the report of the Referee and for a Judgment of Foreclosure and Sale be granted and for an Order directing that the premises be sold in one parcel and for such other relief that the Court deems just and proper.

Dated:   March 17, 2016
Huntington, NY

Ronal Ginsberg

Exhibit D

Index No: 3344/13                                              Year 2013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

---

WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON
MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH
CERTIFICATES,

                                                    Plaintiff,

                        ---- against ----

NICOLE JOHNSON, ET AL.,

                                                    Defendants.

---

### JUDGMENT OF FORECLOSURE AND SALE

---

STIENE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
187 EAST MAIN STREET
HUNTINGTON, NY 11743
(631) 935-1616, FAX (631) 935-1223

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of*
*New York State, certifies that, upon information and belief and reasonable inquiry, the contentions*
*contained in the annexed document are not frivolous.*
*Dated: March 17, 2016*                  *Signature.........................................................*
                                         *Print Signer's Name: Ronni Ginsberg, Esq.*

---

To:
Attorney(s) for
Service of a copy of the within document is hereby admitted.
Dated:
Attorney(s)                                                          for

DMG

At a Special Term Part _____ of the Supreme Court
of the State of New York held in and for the County
of Dutchess, located at 10 Market Street,
Poughkeepsie, NY, on the _18th_ day of
_April_ , 20 _16_

PRESENT:  Hon: _MARIA G. ROSA_

---

WELLS FARGO BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CARRINGTON MORTGAGE
LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED
PASS-THROUGH CERTIFICATES,

                                        Plaintiff,

— against —

NICOLE JOHNSON, PETER JOHNSON,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. SOLELY AS NOMINEE FOR
FREMONT INVESTMENT AND LOAN,

and JOHN DOE AND JANE DOE #1 through #7,
the last seven (7) names being fictitious and
unknown to the plaintiff, the persons or parties
intended being the tenants, occupants, persons
or parties, if any, having or claiming an interest
in or lien upon the mortgaged premises described
in the Verified Complaint,

                                        Defendants.

**JUDGMENT OF
FORECLOSURE AND SALE**

INDEX # 3344/13

2016 APR 20   AM 9:22

---

UPON, reading and filing the Summons, Complaint and Notice of Pendency of this action

filed in the Office of the County Clerk of Dutchess County on June 3, 2013, the affirmation of Ronni

Ginsberg, dated March 17, 2016, the Order Of Reference and Appointment of Referee, granted

August 10, 2015, and upon the Report of Todd W. Carpenter, Esq., Referee, dated March 10, 2016,

submitted herewith from which report it appears that the sum of Four Hundred Thirty Thousand

Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars was due to the Plaintiff as of December 5, 2015, plus other expenses incurred thereafter, plus interest from December 1, 2015, the date interest was calculated to in said report, and that the mortgaged premises should be sold in one parcel, and on all proceedings heretofore had herein from all of which it appears that this is an action to foreclose a mortgage on real property situated at **149 Wilkes Street, Beacon, NY 12508, County of Dutchess**, and that all of the defendants named herein have been duly served with the Summons and Complaint or have duly appeared herein and that the time of all defendants to answer, appear or move with respect to the Complaint has expired and that none of the defendants, except Nicole Johnson, answered, appeared or made any motion raising any objection to the Complaint, and that all of the remaining defendants are in default; that none of the defendants is an infant, incompetent or absentee, and it further appearing from said Referee's Report that said mortgaged premises should be sold in one parcel; and that no defendant, except Nicole Johnson, is entitled to notice of the instant application.

NOW, on motion of **STIENE & ASSOCIATES, P.C.**, attorneys for the Plaintiff herein, it is

ORDERED, that the motion is granted; and it is further

ORDERED, ADJUDGED AND DECREED that the Report of Todd W. Carpenter, Esq., Referee, be and that the same hereby is in all respects ratified and confirmed; and it is further

ORDERED ADJUDGED, AND DECREED that the Plaintiff is entitled to have judgment herein for the sum of **Four Hundred Thirty Thousand Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars**, the said amount so reported due as aforesaid, together with interest thereon from December 1, 2015, the date interest was calculated to in said report, together with any advances as provided for in the Note and Mortgage, which Plaintiff has made for taxes, insurance, principal,

and interest and any other charges due to prior mortgages, or to maintain the premises pending consummation of this foreclosure sale, not previously included in the computation, all together with interest thereon pursuant to the Note and Mortgage; together with the sum of $ 9,379.13 calculated and as costs and disbursements taxed by the Clerk of the Court with interest thereon from the date hereof; together with an additional allowance of $300.00 hereby awarded to the Plaintiff with interest thereon from the date hereof; and it is further

ORDERED, ADJUDGED AND DECREED, that Plaintiff is entitled to recovery of its legal fees pursuant to the Note and Mortgage the amount of $ 2000.00          ; and it is further

ORDERED, ADJUDGED AND DECREED, that the mortgaged premises described in the Complaint and as hereinafter set forth be sold in one parcel by or under the direction of Todd W. Carpenter, Esq., Referee, at Dutchess County Courthouse, 10 Market Street, Lobby at 2:30 p.m. Poughkeepsie, New York 12601 and that the said Referee give public notice of the time and place of such sale according to law and the rules and practice of this Court, by publishing the same in the Poughkeepsie Journal and that the Plaintiff or any other party to this action may become a purchaser at such sale and that in the event a party, other than the Plaintiff, becomes the purchaser or purchasers at such sale, the closing of title shall be had thirty days after such sale unless otherwise stipulated by all parties to the sale, including Plaintiff and that failure of the purchasers to close within thirty days may result in the forfeiture of any deposit tendered by purchaser, in lieu of a closing, upon application to this Court and that Plaintiff reserves the right to sell to the next highest bidder, in the order in which the bids were entered in the record of sale, including any and all bids entered by Plaintiff, as maintained by the Referee, at said sale and forego putting the premises up for sale again; that any purchaser, other than Plaintiff, shall pay 9.0% interest on the purchase price from the date of sale to the date of delivery of

the deed and that all adjustments for real estate taxes and/or assessments and/or water and sewer charges shall be adjusted as of the date of the foreclosure sale; that in case the Plaintiff shall become the purchaser at the sale, it shall not be required to make any deposit; that Plaintiff reserves the right to postpone the sale and re-advertise the sale in accordance with RPAPL § 231; that the said Referee execute to the purchaser on such sale a deed to the premises sold at which time the Referee shall forthwith pay therefrom the taxes, assessments and water rates, as adjusted, which are or may become liens on the premises at the time of sale with such interest or penalties which may have lawfully accrued thereon to the date of payment, or said Referee may allow the same to the purchaser at the time of delivery of deed upon production to said Referee of proper vouchers showing the payment thereof and redeem the property sold from any sales for unpaid taxes, assessments or water rates, which have not apparently become absolute, as provided by Section 1371 Real Property Actions and Proceedings Law, and that the Referee then deposit the balance of such proceeds of sale in his own name as Referee in any local banking institution insured by the FDIC and shall thereafter make the following payments and his checks drawn for that purpose shall be paid by the said depository:

**FIRST:**    the statutory fee of the Referee in the amount of $500.00;

**SECOND:**     the expenses of sale and advertising expenses as shown on the bills presented and certified by the Referee to be correct, duplicate copies which shall be left with the depository;

**THIRD:**    the sum of **Four Hundred Thirty Thousand Four Hundred Thirty-One And 62/100 ($430,431.62) Dollars**, the said amount so reported due as aforesaid, together with interest thereon from December 1, 2015, the date interest was calculated to in said report, together with any advances as provided for in the Note and Mortgage, which Plaintiff has made for taxes, insurance, principal, and interest and any other charges due to prior mortgages, or to maintain the premises pending consummation of this foreclosure sale, not previously included in the computation, all

together with interest thereon pursuant to the Note and Mortgage; together with the sum of $2379.13 *(calculated and)* as costs and disbursements taxed by the Clerk of the Court with interest thereon from the date hereof; together with an additional allowance of $300.00 hereby awarded to the Plaintiff with interest thereon from the date hereof;

**FOURTH:** to STIENE & ASSOCIATES, P.C. the sum of $ 2000.00 awarded herein as reasonable attorneys' fees;

**FIFTH:** surplus monies, if any, with the ~~Clerk of the Court~~ *Dutchess County Comm. of Finance* within five (5) days after receipt of said proceeds to be withdrawn only on the order of this Court; and it is further

**ORDERED, ADJUDGED AND DECREED** that any purchaser(s), other than Plaintiff, shall pay interest on the purchase price from the date of sale to the date of delivery of the deed and that all adjustments for real estate taxes and/or assessments and/or water and sewer charges shall be adjusted as of the date of the foreclosure sale and shall be responsible for New York State and New York City transfer taxes; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Referee may hereafter make application to this court for an award of additional compensation; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Referee shall pay to Plaintiff a sum equal to the aggregate of all other amounts which the Plaintiff has paid or may hereafter be required to pay to protect the mortgage or preserve the premises in accordance with the provisions of the mortgage, and the same so paid shall be added to the sum otherwise due to the Plaintiff pursuant to the Plaintiff's claims herein and be deemed secured by said note and mortgage as therein provided and adjudged a valid lien on the premises; and it is further

**ORDERED, ADJUDGED AND DECREED,** that in case the Plaintiff shall become the purchaser at said sale or, in the event that the rights of the purchaser at said sale and the terms of sale

under this judgment shall be assigned to and be acquired by the Plaintiff, and a valid assignment

thereof filed with said Referee, the Plaintiff shall not be required to make any deposit thereon; that

said Referee execute to the purchaser or purchasers on such sale a deed of the premises sold; at which

time the Referee shall forthwith pay thereon, in accordance with their priority according to law, the

taxes, assessments or water rates which are or may become liens on the premises at the time of sale,

with such interest or penalties which may have lawfully accrued thereon, to the date of payment

deposit or in lieu of the payment of said last mentioned amounts, upon the filing with said Referee

receipts of the proper municipal authorities showing the payment of thereof; that the balance of the

amount bid, after deducting the aforesaid amounts, shall be allowed to the Plaintiff; that if after so

applying the balance of the amount bid, there shall be a surplus over and above the said amounts due

to the Plaintiff, the Plaintiff shall pay to said Referee, upon delivery to Plaintiff of said Referee's deed,

the amount of such surplus which shall be deposited by said Referee with the ~~Clerk of the court~~ Dutchess County Comm. of Finance within

five (5) days after receipt of said surplus; and it is further

ORDERED, ADJUDGED AND DECREED, that the Referee make a report of such sale

and the file it with the Court of the County of Dutchess within thirty (30) days or as soon as reasonably

possible of having completed the sale and executing the proper conveyance to the purchaser and that

the purchaser at such sale be let into possession on production of the Referee's deed and that if the

proceeds of such sale be insufficient to pay the amount reported due to the Plaintiff with interest

and cost as aforesaid, the Plaintiff shall recover from the defendant, Nicole Johnson, the whole

deficiency or so much thereof as the court may determine to be just and equitable of the residue of

the mortgaged debt remaining unsatisfied after a sale of the mortgaged premises and the

application of the proceeds thereof, provided a motion for a deficiency judgement shall be made

as prescribed by section 1371 of the Real Property Actions and Proceedings Law within the time

limited therein, and the amount thereof is determined and awarded by an order of this Court as provided for in said section; and it is further

ORDERED, that the purchaser or purchasers at said sale be let into possession upon production of Referee's deed or deeds; and it is further

ORDERED, ADJUDGED AND DECREED, that each and all of the defendants in this action and all persons claiming under them or any of them after the filing of such notice of pendency of this action be and they are hereby forever barred and foreclosed of all right, claim, lien, title and interest and equity of redemption on the mortgaged premises and each and every part thereto; and it is further

ORDERED, ADJUDGED AND DECREED, that said premises be sold in one parcel in "as is" physical condition, subject to any covenants, easements, encroachments, reservations and restrictions, violations and agreements of record, zoning regulations and ordinances of the city, town, or village wherein the premises are located, any state of facts an accurate survey would show, any state of facts a physical inspection will disclose, rights of tenants and other persons in possession of the mortgaged premises, prior judgments, liens and mortgages of record, any and all rights of the United States of America to redeem the subject premises and purchaser assumes all risk of loss or damage to the premises from the date of the foreclosure sale until the date of closing and thereafter.

ORDERED, ADJUDGED AND DECREED, that Ricardo Gellieno replace "JOHN

DOE #1" and this action is discontinued against the Defendants sued herein as Peter Johnson and

"JOHN DOE AND JANE DOE #2 through #7" and the caption of this action is amended

accordingly to read as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------------X   **Index No.: 3344/13**

WELLS FARGO BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN
TRUST, SERIES 2007-FRE1, ASSET-BACKED
PASS-THROUGH CERTIFICATES ASSET-BACKED
PASS-THROUGH CERTIFICATES,

Plaintiff,

-against-

NICOLE JOHNSON, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. SOLELY AS
NOMINEE FOR FREMONT INVESTMENT AND LOAN,
RICARDO GELLIENO,

Defendants.
-------------------------------------------------------------X

The mortgaged premises hereinbefore mentioned are describes as follows: See Schedule A

annexed hereto.

ENTER

DATED: April 18, 2014
Poughkeepsie, New York

_____
Justice of the Supreme Court

MARIA G. ROSA

- 8 -

Exhibit E



# CHASE

96371 Page 1 of 2

  chase.com

| Customer Service | 1-800-848-9380 |
|---|---|
| Includes 24/7 Automated Response | |
| Monday - Thursday | 8 a.m. - midnight (ET) |
| Friday | 8 a.m. - 10 p.m. (ET) |
| Saturday | 8 a.m. - 6 p.m. (ET) |
| Hearing Impaired Service (TTY) | 1-800-582-0542 |

96371 MWD Z 07618 C - BAE FE T1
NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

## Mortgage Loan Statement

| Loan Number | ████6407 |
|---|---|
| Statement Date | 03/16/2016 |
| Property Address: | 149 Wilkes St |
| | Beacon, NY 12508 |

| Total Amount Due | $169,027.50 |
|---|---|
| Payment Due Date | 04/01/2016 |

A late charge of $93.52 may apply if received after
04/16/2016.

## Loan Overview (as of 03/16/2016)

| | |
|---|---|
| Original Principal Balance | $282,380.00 |
| Unpaid Principal Balance | $278,359.24 |
| Escrow Balance | ($45,344.40) |
| Corporate Advance Balance | $11,332.63 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by calling us. Don't forget!

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $579.39 |
| Interest | $1,797.97 |
| Escrow Payment (Taxes and/or Insurance) | $607.06 |
| **Monthly Payment** | **$2,377.42** |
| Prior Fees/Charges | $924.08 |
| Fees/Charges Since Last Statement | $0.00 |
| Original Missed Payment Date | 09/01/2009 |
| Past Due Amount | $166,026.10 |
| **Total Amount Due** | **$169,027.50** |

## Adjustable-Rate Mortgage Information

| | |
|---|---|
| Interest Rate (Until 09/2016) | 4.99000% |
| For Payment Due | 09/01/2009 |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 03/02/2016 | PROP INSP NO CONTACT | | | | | $14.50 | |

## Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

If your mortgage loan servicing transferred to Chase this year, and you would like to see your previous payment history, please call the number at the top of this statement.

If applicable, your IRS Form 1098 (Mortgage Interest Statement) is available at chase.com/TaxStatement. Most accounts can be viewed online.

Servicemember Protections: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.



A late charge of $98.62 may apply if received after
04/16/2016.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $78.99 |
| Interest | $1,737.31 |
| Escrow (for Taxes and/or Insurance) | $261.12 |
| Monthly Payment | $2,077.42 |
| Prior Fees/Charges | $524.63 |
| Fees/Charges Since Last Statement | $0.00 |
| Total Amount Due | $169,027.50 |

## Loan Overview (as of 08/16/2016)

| | |
|---|---|
| Current Principal Balance | $262,590.00 |
| Unpaid Principal Balance | $... |
| Escrow Balance | |
| Corporate Advance Balance | $11,552.63 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

| Original Missed Payment Data | 03/01/2009 |
|---|---|
| Past Due Amount | $166,025.40 |
| Total Amount Due | $169,027.50 |

## Adjustable-Rate Mortgage Information

| Fees/Charges Since Last Statement | $0.00 |
|---|---|
| Interest Rate (Until 02/2010) | 4.49000% |
| For Payment Due | 08/01/2008 |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 02/25/2016 | FCL FEES & COSTS | | | | | $14.00 | |

## Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

If your mortgage loan servicing transferred to Chase this year, and you would like to see your previous payment history, please call the number at the top of this statement.

If applicable, your IRS Form 1098 (Mortgage Interest Statement) is available at chase.com/TaxStatement. Most accounts can be viewed online.

Servicemember Protections: You may be entitled to certain legal rights and protections if you are any current or coming member of your family are on recently were on active duty or active service as a lookout or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

As of 08/16/2016, $169,027.50 plus your Corporate Advance Balance of $11,552.63 for a total of $180,580.13 is required to bring your loan current. Payment must be received by certified funds. In addition to the Total Payment Due, this amount may include:

♦ Property Maintenance
♦ Attorney or foreclosure fees
♦ Insufficient funds and other fees
♦ Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes

This amount was calculated on the date referenced above, which means it may change. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account current up to date.

# CHASE ⬡

96371  Page 2 of 2

## Delinquency Information

| | |
|---|---|
| Loan Number | 6407 |
| Statement Date | 03/16/2016 |
| Property Address | 149 Wilkes St |
| | Beacon, NY  12508 |

NICOLE JOHNSON
149 WILKES ST
BEACON NY  12508-1536

## Important Notice

**You've missed one or more payments and your mortgage loan is in default.** This summary highlights the status of your account, your missed payments and how to get help.

We encourage you to call us at 1-800-848-9380 so we can help you apply for options that may allow you to stay in your home, such as a repayment plan, forbearance plan or loan modification, or otherwise avoid foreclosure through a short sale or deed-in-lieu of foreclosure. You can find more information on the foreclosure options and application process at chase.com

The foreclosure process has started.

This notice may not stop the foreclosure referral, process or sale. Don't ignore any foreclosure notices.

## Amount Due

As of 03/16/2016, these are past due payments and Corporate Advance Balances needed to bring your account current.

This amount may change:

## Delinquency Status

Your mortgage loan payment was due on 09/01/2009, and is 2388 days past due. If you have already made your past-due payments, please disregard this notice.

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

## Other Resources

You can call the U.S. Department of Housing and Urban Development at 1-800-669-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

## Additional Information

If you are represented by an attorney, please refer this notice to your attorney and provide us with the attorney's name, address, and telephone number.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

## Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
|---|---|
| 10/01/2016 | $2,377.42 |
| 11/01/2015 | $2,377.42 |
| 12/01/2015 | $2,377.42 |
| | $2,377.42 |
| | $2,377.42 |
| | $2,377.42 |

You've missed one or more payments and your mortgage loan is in default. This summary highlights the status of your account, your missed payments and how to get help.

We encourage you to call us at 1-800-848-9380 so we can help you apply for options that may allow you to stay in your home, such as a repayment plan, forbearance plan or loan modification, to alternatives avoid foreclosure through a short sale or conclusion of temporarily. You can find more information on our loss mitigation options and application process at chase.com

The foreclosure process has started.

**This notice may not stop the foreclosure referral, process or sale. Don't ignore any foreclosure notices.**

## Amount Due

As of 05/16/2016, $568,937.56 plus your Corporate Advance Balance of $31,552.63 for a total of $160,530.19 is required to bring your loan current. Payment must be received by certified funds.
This amount may include

- Property maintenance
- Attorney or foreclosure fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes.

This amount was calculated on the date referenced above, which means it may change if additional fees are billed after this date. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

## Delinquency Status

Your mortgage loan payment was due on 09/01/2009, and is 2388 days past due. If you have already made your past-due payments, please disregard this notice.

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

For information, U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/

## Additional Information

If you are represented by an attorney, please refer this notice to your attorney and provide us with the attorney's name, address, and telephone number.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Department.

## Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
|---|---|
| 10/01/2015 | $2,377.42 |
| 11/01/2015 | $2,377.42 |
| 12/01/2015 | $2,377.42 |
| 01/01/2016 | $2,377.42 |
| 02/01/2016 | $2,377.42 |
| 03/01/2016 | $2,377.42 |

Please see reverse side for important information.

Exhibit F

29621  Page 1 of 2



 chase.com

**Customer Service**
Includes 24/7 Automated Response    1-800-848-9380
Monday - Thursday                   8 a.m. - midnight (ET)
Friday                              8 a.m. - 10 p.m. (ET)
Saturday                            8 a.m. - 6 p.m. (ET)
Hearing Impaired Service (TTY)      1-800-582-0542

Ilılıılılıılıılllılıllıılılıılıllılılılılıılıllılllı
29621 MWD Z 13716 C •  DRE
NICOLE JOHNSON
149 WILKES ST
BEACON NY  12508-1536

**Mortgage Loan Statement**

| | |
|---|---|
| Loan Number | 8407 |
| Statement Date | 05/16/2016 |
| Property Address | 149 Wilkes St |
| | Beacon, NY  12508 |

| | |
|---|---|
| Total Amount Due | $173,782.34 |
| Payment Due Date | 06/01/2016 |

A late charge of $93.52 may apply if received after 06/16/2016.

## Loan Overview (as of 05/16/2016)

| | |
|---|---|
| Original Principal Balance | $262,680.00 |
| Unpaid Principal Balance | $278,356.24 |
| Escrow Balance | ($45,544.40) |
| Corporate Advance Balance | $10,305.63 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by visiting chase.com Payoff or obtain a payoff quote by calling our 24/7 automated service at 1-877-595-2894.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $73.36 |
| Interest | $1,797.20 |
| Escrow Payment (Taxes and/or Insurance) | $507.86 |
| Monthly Payment | $2,377.42 |
| Prior Fees/Charges | $524.08 |
| Fees/Charges Since Last Statement | $0.00 |
| Original Missed Payment Date | 09/01/2009 |
| Past Due Amount | $170,780.34 |
| Total Amount Due | $173,782.34 |

## Adjustable-Rate Mortgage Information

| | |
|---|---|
| Interest Rate (Until 02/2016) | 4.99000% |
| For Payment Due | 09/01/2009 |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 05/04/2016 | FCL FEES & COSTS | | | | | $14.00 | |

## Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

If your mortgage loan servicing transferred to Chase this year, and you would like to see your previous payment history, please call the number at the top of this statement.

Servicemember Protections: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.



## Delinquency Information

| | |
|---|---|
| Loan Number | ███████3407 |
| Statement Date | 05/16/2016 |
| Property Address | 149 Wilkes St |
| | Beacon, NY 12508 |

NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

### Important Notice

You've missed one or more payments and your mortgage loan is in default. This summary highlights the status of your account, your missed payments and how to get help.

We encourage you to call us at 1-800-848-9380 so we can help you apply for options that may allow you to stay in your home, such as a repayment plan, forbearance plan or loan modification, or otherwise avoid foreclosure through a short sale or deed-in-lieu of foreclosure. You can find more information on our loss mitigation options and application process at chase.com.

The foreclosure process has started.

**This notice may not stop the foreclosure referral, process or sale. Don't ignore any foreclosure notices.**

### Amount Due

As of 05/16/2016, $173,782.34 plus your Corporate Advance Balance of $10,305.63 for a total of $184,087.97 is required to bring your loan current. Payment must be received by certified funds. This amount may include:

- Property maintenance
- Attorney or foreclosure fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes.

This amount was calculated on the date referenced above, which means it may change if additional fees are billed after this date. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

### Delinquency Status

Your mortgage loan payment was due on 09/01/2009, and is 2449 days past due. If you have already made your past-due payments, please disregard this notice.

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

### Other Resources

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury approved HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/hcs/.

### Additional Information

If you are represented by an attorney, please refer this notice to your attorney and provide us with the attorney's name, address, and telephone number.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

You may file complaints about your Servicer with the New York State Department of Financial Services or obtain further information from the department by calling the department's Consumer Help Assistance Unit at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY Superintendent.

### Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
|---|---|
| 12/01/2015 | $2,377.42 |
| 01/01/2016 | $2,377.42 |
| 02/01/2016 | $2,377.42 |
| 03/01/2016 | $2,377.42 |
| 04/01/2016 | $2,377.42 |
| 05/01/2016 | $2,377.42 |



25386   Page 1 of 6

 CHASE

 Customer Service Center        1-800-848-9136
                      Monday - Friday          8 a.m. - 12 a.m (ET)
                      Saturday                 8 a.m. - 5 p.m. (ET)
                      Hearing Impaired (TDD)          1-800-582-0542

 chase.com

25386 EWA Z 19716 C - BRE ESH
NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

## Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | 6407 |
| Statement Date | 05/16/2016 |
| Review Period | 01/2016 to 06/2016 |
| Escrow Shortage | $580.22 |

### Why am I getting this statement?

You are getting this statement because you have an escrow account. That is a special account that we provide for you to pay your property taxes and/or insurance. It is also known as an Annual Escrow Account Disclosure Statement. With an escrow account, you pay a portion of your taxes and/or insurance monthly instead of once or twice a year. Monthly, part of your monthly mortgage payment goes into your escrow account. When your taxes and/or insurance premiums are due, we pay those bills for you with the money in your escrow account.

Once a year, we are required by law to review your escrow account. This statement includes the results of our review. It includes a history of the activity on your account this year and the activity expected for next year.

For more information about escrow, visit chase.com/ManageMyMortgage.

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. Other online bill payment service or military allotment customers: If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 07/01/2016 |
|---|---|---|
| Principal & Interest | $1,278.02 | $1,870.06 |
| Escrow Account Deposit | $607.88 | $665.99 |
| Plus: Account Balance/Shortage | $0.00 | $48.35 |
| Total Payment Amount | $1,885.90 | $2,584.70 |

### Summary

Your escrow account is short $580.22.

There are many possible reasons for your shortage. Some common reasons include: Increases in property taxes and/or insurance premiums, tax reassessments, insurance carrier changes, due date changes, lower than expected escrow deposits. For more information, call us at the number listed above.

Your escrow account will fall $580.22 short of the minimum required balance of $0.00 in the next 12 months.

You have three options to pay the shortage:

Option 1:     Pay All of the shortage now.
              Use the Escrow Shortage Payment Coupon below. If you pay all of your shortage by 07/01/16, your monthly mortgage payment will be $2,536.35 starting 07/01/16

Option 2:     Pay part of the shortage now.
              Use the coupon below. The part you don't pay now will be divided evenly and added to your mortgage payment each month. You will see the adjusted amount due in your next statement.

Option 3:     Pay nothing now.
              The $580.22 will be divided among the next 12 months. We will add $48.35 to your monthly mortgage payments. Your new monthly payment will be $2,584.70 starting 07/01/16

▽ Please detach and return the bottom portion of the statement with your payment using the enclosed envelope ▽

 CHASE

Escrow Payment Options
I understand that my future escrow/insurance

25386  Page 3 of 6



**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | ████████6407 |
| Statement Date | 05/18/2016 |
| Review Period | 01/2010 to 06/2016 |
| Escrow Shortage | $580.22 |

25386 SWA  Z 13710 C -  BRE ESH
NICOLE JOHNSON
149 WILKES ST
BEACON NY 12508-1536

## This Year: January 2016 to June 2016 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 07/2010 | Deposit | $487.94 | $0.00 | $2,039.70 | $-2,549.76 |
| 08/2010 | Deposit | $487.94 | $0.00 | $2,807.94 | $-2,549.76 |
| 09/2010 | Deposit | $487.94 | $0.00 | $1,069.81 | $-4,877.24 |
| | Withdrawal - VILLAGE TAX | $2,314.77 | $2,328.46 | | $-4,877.24 |
| 10/2010 | Deposit | $487.94 | $0.00 | $1,526.75 | $-4,877.24 |
| 11/2010 | Deposit | $487.04 | $0.00 | $1,996.69 | $-6,556.24 |
| | Withdrawal - HOMEOWNER IN | $487.94 | $1,079.00 | | $-6,556.24 |
| 12/2010 | Deposit | $1,378.00 | $0.00 | $1,086.63 | $-6,556.24 |
| | Withdrawal - HOMEOWNER IN | | $0.00 | | $-6,894.51 |
| 02/2011 | Withdrawal - CITY TAX | | $2,328.27 | $1,086.63 | $-8,894.51 |
| 09/2011 | Withdrawal - VILLAGE TAX | | $2,405.12 | $1,086.63 | $-11,289.63 |
| 11/2011 | Withdrawal - HOMEOWNER IN | | $1,974.00 | $1,086.63 | $-13,263.63 |
| 02/2012 | Withdrawal - CITY TAX | | $2,703.56 | $1,086.63 | $-15,967.19 |
| 09/2012 | Withdrawal - SCHOOL TAX | | $2,451.31 | $1,086.63 | $-18,418.50 |
| 11/2012 | Withdrawal - HOMEOWNER IN | | $1,567.00 | $1,086.63 | $-19,985.50 |
| 02/2013 | Withdrawal - CITY TAX | | $2,777.99 | $1,086.63 | $-22,763.49 |
| 10/2013 | Withdrawal - SCHOOL TAX | | $2,531.31 | $1,086.63 | $-25,294.80 |
| 11/2013 | Withdrawal - HOMEOWNER IN | | $1,629.00 | $1,086.63 | $-26,923.80 |
| 02/2014 | Withdrawal - CITY TAX | | $2,820.89 | $1,086.63 | $-29,744.69 |
| 09/2014 | Withdrawal - SCHOOL TAX | | $3,299.05 | $1,086.63 | $-33,033.84 |
| 11/2014 | Withdrawal - HOMEOWNER IN | | $1,651.00 | $1,086.63 | $-34,686.84 |
| 02/2015 | Withdrawal - CITY TAX | | $2,865.90 | $1,086.63 | $-37,552.54 |
| 09/2015 | Withdrawal - SCHOOL TAX | | $3,414.21 | $1,086.63 | $-40,996.75 |
| 11/2015 | Withdrawal - HOMEOWNER IN | | $1,689.00 | $1,086.63 | $-42,685.75 |
| 02/2016 | Withdrawal - CITY TAX | | $2,878.65 | $1,086.63 | $-45,544.40 |
| 05/2016 | Deposit | | $47,121.06 E | $1,086.63 | $1,576.66 |
| 06/2016 | Deposit | | $507.06 E | $1,086.63 | $2,083.72 |
| | Total Deposits | $5,615.28 | $47,628.12 | | |
| | Total Withdrawals | $5,615.31 | $45,072.90 | | |
| | Account Balance as of 06/2016 | | | | $2,083.72 |



25386  Page 5 of 6

**CHASE** ◯

A QUICK GUIDE TO UNDERSTANDING YOUR

# Annual Escrow Analysis

**CHASE** ◯

**Current Monthly Mortgage Payment**

**New Monthly Mortgage Payment**

**Escrow Account Summary**

This section shows that your escrow account
has a shortage and explains your options.
You can make a one-time payment now,
pay part of the shortage now or have the
shortage payment spread evenly across next
year's mortgage payments.

**Escrow Shortage Coupon**

Use this coupon if you mail a full or partial
payment of your escrow shortage. You can also
pay all or part of your shortage at chase.com.

**CHASE** ◯

**Escrow Account History**

The activity for your escrow account from
the past year is shown here, along with what
we estimated your payments would be.
Most shortages occur because taxes and/
or insurance were higher than what was
projected on your last year's escrow analysis.

**Expected Escrow Activity for Next Year**

We've calculated what we expect your
escrow account balance will be for the



25386

## Contact Information

**Customer Service Inquiries**
Chase
P.O. Box 24696
Columbus, OH 43224-0696

**Exclusive Address for Notices
of Error, Information Requests,
and Qualified Written Requests**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

**Request for Mortgage Assistance**
Chase
P.O. Box 469030
Glendale, CO 80246

**Overnight Payment**
Chase
6716 Grade Lane
Building 9, Suite 910
Attn: P.O. Box 9001871
Louisville, KY 40213-1407

**Insurance Claim Correspondence**
Chase
Attn: Insurance Claims
P.O. Box 621589
Atlanta, GA 30362
Telephone: 1-866-742-1461
Fax: 1-678-475-8689

**Insurance Policies & Bills**
Chase
P.O. Box 100564
Florence, SC 29502-0564
Telephone: 1-877-530-8951
Fax: 1-678-475-8799

Please note that you may update your
homeowners or flood insurance information
online at MyCoverageInfo.com. When you
are prompted, please use PIN Number
CM156.

**Overnight Payoffs**
Chase
Attn: Dept. PP-7456
3415 Vision Drive
Columbus, OH 43219-6009

**Property Tax Questions**
Chase
P.O. Box 961227
Fort Worth, TX 76161-0227
Telephone: 1-877-314-6353
Pennsylvania Property Taxes: Please send
us your tax bill to the address above.
All other states: You don't need to send us
your tax bill.

This communication is an attempt to
collect a debt and any information
obtained will be used for that purpose.

You have the right to dispute the accuracy of the credit information reported
by writing to us at the Customer Service Inquiries address listed above. We
report information about your account to credit bureaus. Late payments,
missed payments, or other defaults on your account may be reflected in your
credit report.

## Payment Information
There are multiple ways you can make your monthly payment:

- **Automatic payments** – Sign up for automatic payments at
  chase.com/AutoPay so you won't have to worry about making your
  mortgage payments on time.
- **Chase Mobile℠ app** – Make your mortgage payment directly from your
  smartphone. Visit chase.com/mobile to download the Chase Mobile app.
  Message and data rates may apply.
- **Chase Online℠ Bill Pay**- Log in to chase.com to schedule a payment
  with no service charge.

- Pay by phone - Call 1-800-848-9136 to use our free automated service
  and authorize a one-time deduction from your bank account.

- **By mail or in person** - Mail your payment or stop by any Chase branch.
  Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from
Chase, you may be charged fees. Those fees may include those shown in
your loan documents, provided by law, or related to the services provided.
The fee structure may change without notice except where prohibited by law.
Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees
may be charged for services provided. Fees may not be applicable to certain
products and may be limited by law.

## Loan Payoff Information
The Unpaid Principal Balance on your statement is not a payoff quote. Payoff
quotes are available by logging into your account on chase.com
You can also request a quote anytime through our 24-hour
automated phone service by calling 1-877-895-2894.

## Important Bankruptcy Information
If you or your account is subject to pending bankruptcy proceedings, or if you
received a bankruptcy discharge, this statement is for informational purposes
only and is not an attempt to collect a debt.

## Homeowner Assistance
You can call the U.S. Department of Housing and Urban Development at
1-800-569-4287 or the U.S. Department of the Treasury-sponsored
HOPE Hotline Number at 1-888-995-HOPE (1-888-995-4673) and ask
for MHA Help to get free assistance or a HUD-approved counselor who can provide the
information and assistance you may need to avoid foreclosure by using
the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Crediting of Payments
Payments will be credited as of the day we receive them if the payment
is received by 5:00 p.m. in the time zone in which the mailing address on
your payment coupon is located and if (a) the payment is received
Monday through Saturday except for legal holidays, (b) the payment is
received at the address shown on your payment coupon, (c) your
payment is made with a check or money order drawn on a U.S. bank in
U.S. dollars, (d) the attached payment coupon is enclosed with your
payment, and (e) your payment is sent in the enclosed return envelope.
Credit for payments made in any other manner may be delayed for up to
five (5) business days. Please allow five-to-seven (5-7) days for
payments to reach the payment address. Please do not send cash
through the mail. Please include your account number and name on the
front of your check or money order. Do not staple, tape or paper clip
your payment to your payment coupon. If you want to change how we
applied your payment to your mortgage loan, we must receive your
request within 60 days of the payment date.

## For New York Customers Only
You may file complaints about your Servicer with the New York State
Department of Financial Services or obtain further information from the
department by calling the department's Consumer Help Assistance Unit
at 1-800-342-3736 or www.dfs.ny.gov. We are registered with the NY
Superintendent.

JPMorgan Chase Bank, N.A. Member FDIC. ©2016 JPMorgan Chase & Co.

## Federal ECOA Notice

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20006.

## Important Notice to Servicemembers and Their Dependents

If you or any occupant of your home are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You may also be eligible for benefits and protections under state law or Chase policy. SCRA and state Military benefits and protections also may be available if you are the dependent of an eligible Servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard, or
- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration, or
- Active service as a commissioned officer of the Public Health Service, or
- Service with the forces of a nation with which the United States is allied in a war or Military action, or
- Service with the National Guard or a state Militia under a state call of duty, or
- Any period when you are absent from duty because of sickness, wounds, leave or other lawful cause.

For more information, please call Chase Military Services at 1-877-469-0110.

## Notice for Unemployed Homeowners

If you are having trouble making your monthly mortgage payments, we may be able to help. The Unemployment Program is designed to help you stay in your home.

If you are eligible for the program, we will offer you a grace period. During this time, we will delay some or all of your monthly payments to give you time to improve your financial situation. Those payments will be due at the end of the grace period.

The grace period is temporary. It lasts for a set number of months or until you find employment, whichever comes first. We will review your mortgage loan 30 days before the grace period ends to see if you are eligible for a loan modification. Even if you are not eligible for a modification, we may have other assistance options available to help you keep your home.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance.  To do that, federal law allows us to require that you keep a minimum balance in your account.  This cash reserve helps to cover any increase in taxes and/or insurance.  However, the minimum balance requirement has been waived for your account

The payments made to and from your escrow account last year help predict your account activity for next year.  This year's activity also helps predict what your lowest account balance is likely to be. [1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if we need to give you a surplus refund.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-580.22 | Your estimated lowest account balance for 2017 [1] |
| $580.22 | **Your escrow account shortage** |

[1] See the "Estimated Escrow Account Activity" chart in this statement.

## Accounts in the State of New York

New York State law requires that the following information be furnished to you in conjunction with maintaining your real property tax escrow account.  Chase is obligated to make all payments for taxes for which the real property tax escrow account is maintained and that if any such payments are not timely (paid by the penalty dates), then Chase is responsible for making such payments (out of your escrow account), including any interest and penalties to be paid by Chase. You are obligated to pay one-twelfth of the taxes each month to Chase, which is deposited into the real property tax escrow account, unless there is a deficiency in the account, in which case a greater amount may be required. Chase must deposit the escrow payments made by you in a banking institution or licensed branch of a foreign banking corporation whose deposits are insured by federal agency. Chase cannot impose any fees relating to the maintenance of the real property tax escrow account

You may file complaints about your Servicer with the Department of Financial Services or obtain further information from the Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting www.dfs.ny.gov.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,885.90. Your mortgage payment includes principal and interest $1,278.02 and escrow money $607.88.
- At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-45,644.40.

Note, changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*indicates a difference between the estimated and actual amounts.

## This Year: January 2010 to June 2016

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $1,086.66 | $-471.52 |
| 01/2010 | Deposit | $467.94 | $0.00 * | $1,554.60 | $-471.52 |
| 02/2010 | Deposit | $467.94 | $0.00 * | | |
| | Withdrawal - CITY TAX | $2,022.54 | $2,077.24 * | $0.00 | $-2,548.76 |
| 03/2010 | Deposit | $467.94 | $0.00 * | $467.94 | $-2,548.76 |
| 04/2010 | Deposit | $467.94 | $0.00 * | $935.88 | $-2,548.76 |
| 05/2010 | Deposit | $467.94 | $0.00 * | $1,403.82 | $-2,548.76 |
| 06/2010 | Deposit | $467.94 | $0.00 * | $1,871.76 | $-2,548.76 |

**(Continued)**

## Next Year: July 2016 to June 2017 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|------|----------|-----------------|---------------|--------------------------|------------------------|
| 09/2016 | Deposit | $685.99 | | | |
| | Withdrawal - SCHOOL TAX | $3,414.21 | | $687.48 | |
| 10/2016 | Deposit | $685.99 | | $1,333.47 | |
| 11/2016 | Deposit | $685.99 | | $1,999.46 | |
| 12/2016 | Deposit | $685.99 | | | |
| | Withdrawal - HOMEOWNER IN | $1,699.00 | | $986.45 | |
| 01/2017 | Deposit | $685.99 | | $1,632.44 | |
| 02/2017 | Deposit | $685.99 | | | |
| | Withdrawal - CITY TAX | $2,878.65 | | $-580.22 | |
| 03/2017 | Deposit | $685.99 | | $85.77 | |
| 04/2017 | Deposit | $685.99 | | $751.76 | |
| 05/2017 | Deposit | $685.99 | | $1,417.75 | |
| 06/2017 | Deposit | $685.99 | | $2,083.74 | |
| | Total Estimated Deposits | $7,991.88 | | | |
| | Total Estimated Withdrawals | $7,991.86 | | | |
| | Estimated Account Balance as of June 2017 | | | $2,083.74 | |

## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The 'Total Tax and Insurance Monthly Payment Amount' at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|-----|--------------|----------------------------|-----------|--------------|----------------------------|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| SCHOOL TAX | $3,414.21 | September 16 | HOMEOWNER IN | $1,699.00 | December 16 |
| CITY TAX | $2,878.65 | February 17 | | | |

Total Tax and Insurance Monthly Payment Amount = $685.99



## FREQUENTLY ASKED QUESTIONS

**Why am I getting an Escrow Analysis?**

We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we expect to pay next year.

**What is an escrow minimum balance?**

For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Why does my account have a shortage?**

We calculate your monthly escrow payment for the year based on your tax and/or insurance payment amounts at the time your analysis is run. Shortages most frequently occur when your taxes and/or insurance increase during the year. We pay the higher amount due for you. This can create a shortage because we're paying out more than we expected.

**What do I need to do about this shortage?**

You have options:

- You can pay all of the shortage now.
- You can pay part of the shortage now.
- We can spread the shortage payment evenly across next year's mortgage escrow payments.
- Please note that your escrow payment may still go up, even if you pay all of the shortage, if your tax and/or insurance expenses have gone up.

## ESCROW RESOURCES

- To use our interactive tool and understand how paying part or all of an escrow shortage affects your account, visit **chase.com/EscrowAnalysis**.
- For answers to more questions and to watch our informational video, visit **chase.com/Escrow**.
- Schedule a payment for all or part of your escrow shortage at **chase.com**.
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **chase.com/Alerts**.

Exhibit G

Chase
P.O. Box 183166
Columbus, OH 43218-3166



January 20, 2016



0017725 1 of 1 USPODFIA-Z1 000000000000
Nicole Johnson
149 Wilkes Street
Beacon, NY 12508

**Here's the contact information you requested**

Account:               ████████6407
Property Address:   149 Wilkes Street
                          Beacon, NY 12508-0000

Dear Nicole Johnson:

Since we answer questions and service the mortgage on behalf of the investor, we're providing the contact information you requested.

The information for the owner of the mortgage loan is:

> Wells Fargo Bank NA as Trustee for CMLT 2007-FRE1
> 9062 Old Annapolis Rd
> Columbia, MD 21045
> 1-443-367-2897

If you have any questions, please call us at one of the numbers below. We appreciate your business.

Sincerely,

Dean Cooper
Managing Director
Chase
1-800-848-9136
1-800-582-0542 TTY
www.chase.com



Chase
P.O. Box 183166
Columbus, OH 43218-3166

January 21, 2016

Nicole Johnson
149 Wilkes Street
Beacon, NY 12508

**Here's important information about your mortgage agreement**

Customer Name(s):  Nicole Johnson
Account:  ████████6407
Property Address:  149 Wilkes Street
Beacon, NY 12508-0000

Dear Nicole Johnson:

We're responding to the letter dated January 15, 2016, from Nicole Johnson and addressed to Chase.

The letter doesn't state how the loan is in error. We've reviewed the loan and determined that Nicole Johnson has undertaken a valid, binding and legally enforceable obligation with us. We have determined that this is a valid debt.

We've enclosed documents (when applicable and available) for reference and haven't included any information or document requested that is unavailable, proprietary, or a matter of public record.

**Here are your loan details**
The following table lists information about the terms, balance and payments for your loan:

| Loan Information | |
|---|---|
| Loan Type | Conventional |
| Origination Date | December 18, 2006 |
| Original Loan Amount | $262,880.00 |
| Interest Rate | 4.99% |
| Maturity Date | January 1, 2037 |

| | |
|---|---|
| Original Term | 600 |
| Remaining Term | 577 |
| **Balance Information** | |
| Principal Balance | $278,355.24 |
| Escrow Balance | ($42,665.75) |
| Late Charges Due | $624.68 |
| Fees Due | $0.00 |
| **Payment Information** | |
| Principal and Interest Payment | $1,278.02 |
| Escrow Payment | $607.88 |
| Subsidy Payment | $0.00 |
| Total Monthly Payment | $1,885.90 |
| Next Due Date | September 1, 2009 |

The principal balance above is not a payoff quote. Accrued interest, fees, corporate and escrow advances, payments received, and other charges may have been assessed or credited to the loan since the date of this letter.

**Here's more information about your loan**
We've outlined other important information about your mortgage below:

**Loan origination**
This loan was originated by Fremont Investment on December 18, 2006.

The servicing of this loan transferred to us on May 1, 2007. If you have any questions about the origination of the loan, please contact the original lender.

**Accounting and servicing systems**
This information is proprietary and will not be provided.

**Mortgage and assignments**
Chase is the servicer of this mortgage loan. Any assignment of the Security Instrument, previous sellers, purchasers, assignors, and assignees would be a matter of public record. Please review public record for this information.

**Your investor**
The name and contact information for the investor of this loan is:

Name:        Wells Fargo Bank NA as Trustee for CMLT 2007-FRE1
Address:     9062 Old Annapolis Rd
             Columbia, MD 21045

Phone:       1-443-367-2897

Payments (debit and credit)
Please see the enclosed Loan Transaction History for any questions about payments we've received and applied to or made from your loan.

**Suspense/unapplied accounts**
The enclosed Loan Transaction History shows the funds held in suspense. These funds can be combined with additional funds to complete monthly payments. They may also be applied to the escrow account and/or fees, if applicable.

**Fees**
The fees on this loan are shown in the enclosed Loan Transaction History and include charges assessed or collected for any late payments, attorney fees, property inspections, or broker price opinion we may have ordered. Please see the enclosed Loan Transaction History for any questions about these items.

We've also enclosed a copy of the Note and Security Instrument that gives details about any fees charged to this loan and our ability to assess and collect them.

**Lender-placed insurance**
We didn't purchase a lender-placed insurance policy for this loan.

**Escrow**
We've enclosed the two most recent escrow analyses that show the escrow activity for your account. You can also see the enclosed Loan Transaction History for information about your escrow activity.

**Credit reporting**
We report credit as required under the Fair Credit Reporting Act guidelines. If you believe that any information in your credit report isn't accurate, you'll need to provide evidence to support your dispute. If you'd like to file a dispute, please let us know and we'll send you a list of the acceptable documents you should provide to start a credit reporting investigation. You can also file a dispute with any of the credit bureaus.

We only send changes to credit histories if we made a mistake in our initial reporting. We didn't include any information that was confidential, privileged, or proprietary to us.

**We won't tolerate any attempts to avoid a valid debt.** Please understand that continued inquiries of this nature won't delay the lender's legal right of action when the loan is in default.

If you still need more information, please send a written request about the specific information you're requesting to:

Chase
P.O. Box 183166
Columbus, OH 43218-3166

If you have any questions, please call us at one of the numbers below.

Sincerely,

Chase
1-800-848-9136
1-800-582-0542 TTY
www.chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-800-848-9136.

Enclosed:
- Note
- Loan Transaction History
- Note
- Security Instrument

- HUD1 Settlement Statement
- Assignment of Mortgage
- Escrow Analysis
- Escrow Recon
- Broker Price Opinion
- Transaction History

**Important Legal Information**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, to the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code ("the Bankruptcy Code"), this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. Any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

CR44493
QW008

Exhibit H

# INVOICE

Invoice # 2016043005
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

To:
CHASE
P.O. Box 183166
Columbus, Ohio 43218-3166

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| Communications w/o prior consent or express permission: | |
| To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
| To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | $250,000.00 |
| personal humiliation, mental anguish, suffering | |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| | |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and | |
| without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
| of debt (1692g(b)) | $30,000.00 |
| TOTAL AMOUNT THIS INVOICE: | $1,045,310.75 |

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

Nicole Gellineau.

Thank you for your business.

# INVOICE

Invoice # 2016043001
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

To:
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| Communications w/o prior consent or express permission: | |
| To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
| To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | $250,000.00 |
| personal humiliation, mental anguish, suffering | |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| | |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and | |
| without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
| of debt (1692g(b)) | $30,000.00 |
| TOTAL AMOUNT THIS INVOICE: | $1,045,310.75 |

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

signed,

Nicole Gellineau

Thank you for your business.

# INVOICE

Invoice # 2016043002
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

TO:
CHRISTOPHER VIRGA, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| Communications w/o prior consent or express permission: | |
|    To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
|    To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | $250,000.00 |
|    personal humiliation, mental anguish, suffering | |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| | |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to cease and desist collection efforts: | |
| 1 communication at inconvenient time (1692c) and | |
|    without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
|    of debt (1692g(b)) | $30,000.00 |

TOTAL AMOUNT THIS INVOICE:  $1,045,310.75

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

Nicole Gellineau

Thank you for your business.

# INVOICE

Invoice # 2016043003
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

TO:
RONNI GINSBERG, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|
| Assessment of actual damages under 15 U.S.C. § 1692k(a)(1): | |
| Communications w/o prior consent or express permission: | |
|     To consumer Nicole Johnson, 1692c(b) | $50,000.00 |
|     To third parties, 1692c(c) | $200,000.00 |
| Embarrassment, anxiety, loss of sleep, | |
|     personal humiliation, mental anguish, suffering | $250,000.00 |
| Loss of home represented in the public record/judgment | $435,310.75 |
| Costs and fees | $75,000.00 |
| | |
| Per Consumer Notice of Dispute of Debt and agreement: | |
| Failure to Cease and Desist Collection Efforts: | |
| 1 Communication at inconvenient time (1692c) and | |
|     without obtaining verification of debt (1692g) | $5,000.00 |
| 3 months (initial) without obtaining verification | |
|     of debt (1692g(b)) | $30,000.00 |
|              TOTAL AMOUNT THIS INVOICE: | $1,045,310.75 |

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

Nicole Gellineau

Thank you for your business.

# INVOICE

Invoice # 2016043004
Date: April 30, 2016

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

TO:
TODD W. CARPENTER, ESQ.
4 Liberty Street
Poughkeepsie, NY 12601

For:
Non-employee compensation: actual damages, labor, charges or fees,
costs incurred in prosecution of private right of action, violation(s)
of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.,
as amended. See 01/12/2016 Consumer Notice of Dispute of Debt.

| Description | Amount |
|---|---|

Assessment of actual damages under 15 U.S.C. § 1692k(a)(1):

Communications w/o prior consent or express permission:
To consumer Nicole Johnson, 1692c(b)                        $50,000.00
To third parties, 1692c(c)                                 $200,000.00
Embarrassment, anxiety, loss of sleep,
personal humiliation, mental anguish, suffering            $250,000.00
Loss of home represented in the public record/judgment     $435,310.75
Costs and fees                                              $75,000.00

Per Consumer Notice of Dispute of Debt and agreement:
Failure to cease and Desist collection efforts:
1 Communication at inconvenient time (1692c) and
without obtaining verification of debt (1692g)             $5,000.00
3 months (initial) without obtaining verification
of debt (1692g(b))                                         $30,000.00

TOTAL AMOUNT THIS INVOICE:   $1,045,310.75

Make all checks payable to Nicole Gellineau.
Total amount is due immediately upon receipt, net 10 days.

Signed,

Nicole Gellineau

Thank you for your business.



```
                    BEACON MPO
                  BEACON, New York
                     125069998
                  3590960201-0098
04/30/2016  (800)275-8777 10:44:42 AM

—————————— Sales Receipt ——————————
Product            Sale Unit      Final
Description        Qty Price      Price

COLUMBUS OH 43218-3166            $0.47
Zone-4
First-Class Mail Letter
0.40 oz.
Expected Delivery: Tue 05/03/16
@9 Certified Mail                 $3.30
USPS Certified Mail #:
70180640000422829039
Return Receipt                    $2.70
Label #:
95909521061501881 81506

  Issue Postage:                  $6.47
                              ========
POUGHKEEPSIE NY 12601-3234        $0.47
Zone-1
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@9 Certified Mail                 $3.30
USPS Certified Mail #:
70150640000422829022
Return Receipt                    $2.70
Label #:
95909521061501881 81568

  Issue Postage:                  $6.47
                              ========
HUNTINGTON NY 11743-2921          $0.47
Zone-2
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@9 Certified Mail                 $3.30
USPS Certified Mail #:
70150640000422842366
Return Receipt                    $2.70
Label #:
95909521061501881 81520
```

7015 0640 0004 2282 9022   Domestic Return Receipt

PS Form 3811, July 2013

TOSS W LAFAYETTE BSO
4 LIBERTY STREET
POUGHKEEPSIE NY 12601

```
Issue Postage:                    $6.47

HUNTINGTON NY 11743-2921          $0.47
Zone-2
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@@ Certified Mail                 $3.30
USPS Certified Mail #:
70190640000422629015
Return Receipt                    $2.70
Label #:
9590952106150186181537
                               ========
Issue Postage:                    $6.47

HUNTINGTON NY 11743-2921          $0.47
Zone-2
First-Class Mail Letter
0.40 oz.
Expected Delivery: Mon 05/02/16
@@ Certified Mail                 $3.30
USPS Certified Mail #:
70190640000422842909
Return Receipt                    $2.70
Label #:
9590952106150186181544
                               ========
Issue Postage:                    $6.47

Total:                           $32.35

Paid by:
Debit Card                       $32.35
  Account #:        XXXXXXXXXXXX3941
  Approval #:       037586
  Transaction #:    130
  23903610590
  Receipt#:         001208

@@ Text your tracking number to
28777 (2USPS) to get the latest
status. Standard Message and Data
rates may apply. You may also visit
USPS.com USPS Tracking or call
1-800-222-1811.
**************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
**************************************
**************************************

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clickship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
**************************************
**************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**************************************
**************************************

Bill#:1000203954408
Clerk:09

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business


          HELP US SERVE YOU BETTER
```

Exhibit I

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: CHASE
P.O. Box 183166
Columbus, Ohio 43218-3166

NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043005, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9039. A copy of the invoice is enclosed for your convenience.

Your payment is now past due. You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

TO: STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

### NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043001, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2284-2359. A copy of the invoice is enclosed for your convenience.

Your payment is now past due. You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: CHRISTOPHER VIRGA, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

## NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043002, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2284-2366. A copy of the invoice is enclosed for your convenience.

Your payment is now past due. You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

TO: RONNI GINSBERG, ESQ.
STIENE & ASSOCIATES, P.C.
187 East Main Street
Huntington, NY 11743

<u>NOTICE OF FAULT</u>

On 4-30-2016, you were served INVOICE# 2016043003, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9015. A copy of the invoice is enclosed for your convenience.

**Your payment is now past due.** You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

May 26, 2016

To: TODD CARPENTER, ESQ
4 Liberty Street
Poughkeepsie, NY 12601

NOTICE OF FAULT

On 4-30-2016, you were served INVOICE# 2016043004, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9022. A copy of the invoice is enclosed for your convenience.

Your payment is now past due. You had ten (10) days to remit payment. If you fail to pay the total amount of the prior invoice within the next ten (10) days, a default will be lodged against you in this matter.

Nicole Johnson-Gellineau,
Consumer
149 Wilkes Street
Beacon, New York 12508

Exhibit J

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: CHASE
    P.O. Box 183166
    Columbus, Ohio 43218-3166

<u>NOTICE OF DEFAULT</u>
<u>AND</u>
<u>INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION</u>

On 4-30-2016, you were served INVOICE# 2016043005, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9039.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043005 by first class certified mail# 7015-0640-0004-2282-9091.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: STIENE & ASSOCIATES, P.C.
    187 East Main Street
    Huntington, NY 11743

<u>NOTICE OF DEFAULT</u>
<u>AND</u>
<u>INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION</u>

On 4-30-2016, you were served INVOICE# 2016043001, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-2359.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043001 by first class certified mail# 7015-0640-0004-2282-9077.


Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: STIENE & ASSOCIATES, P.C.
    Attn: CHRISTOPHER VIRGA, ESQ.
    187 East Main Street
    Huntington, NY 11743

NOTICE OF DEFAULT
AND
INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION

On 4-30-2016, you were served INVOICE# 2016043002, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2284-2366.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043002 by first class certified mail# 7015-0640-0004-2282-9053.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3900

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: STIENE & ASSOCIATES, P.C.
Attn: RONNI GINSBERG, ESQ.
187 East Main Street
Huntington, NY 11743

<u>NOTICE OF DEFAULT</u>
<u>AND</u>
<u>INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION</u>

On 4-30-2016, you were served INVOICE# 2016043003, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9015.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043003 by first class certified mail# 7015-0640-0004-2282-9060.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3917

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, New York 12508

August 24, 2016

To: TODD CARPENTER, ESQ.
4 Liberty Street
Poughkeepsie, NY 12601

<u>NOTICE OF DEFAULT</u>
<u>AND</u>
<u>INTENT TO ENFORCE THIS PRIVATE RIGHT OF ACTION</u>

On 4-30-2016, you were served INVOICE# 2016043004, which is the assessment of actual damages under 15 U.S.C. § 1692k(a)(1), by first class certified mail# 7015-0640-0004-2282-9022.

On 5-26-2016, you were served NOTICE OF FAULT and Invoice# 2016043004 by first class certified mail# 7015-0640-0004-2282-9084.

Your payment is now in default. You had over ninety (90) days to remit payment. Due to your failure to remit payment and respond in any manner a default will be lodged against you for $1,045,310.75 (see attached Invoice for actual damages under 15 U.S.C. § 1692k(a)(1) in this matter. This Consumer-Creditor intends to enforce as private attorney general this Private Right of Action against the debt collectors that violated the Consumer Protection Laws while attempting to collect an alleged debt.

Nicole Johnson-Gellineau,
Consumer-Creditor
149 Wilkes Street
Beacon, New York 12508

NOTICE OF DEFAULT
Certified Mail #7015-1730-0002-3546-3894