## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                   ss.:
COUNTY OF NASSAU  )

      DENISE MITCHELL, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Nassau County, New York.

      That on the 11th day of August, 2017, deponent served the within **NOTICE OF MOTION, AFFIRMATION IN SUPPORT and SUPPORTING DOCUMENTATION** upon:

      Nicole Johnson-Gellineau
      149 Wilkes Street
      Beacon, NY 12508

the respective party(ies) in this action, at the above address(es) designated by said party(ies) for that purpose by dispatching a copy by Federal Express overnight delivery to each of the above persons at the last known address set forth after each name above.

                                      *Denise Mitchell*
                                      DENISE MITCHELL

Sworn to before me this
11th day of August, 2017.

*Miranda A. Joe*
Notary Public

MIRANDA A. JOE
Notary Public, State of New York
No. 01JO6158380
Qualified in Nassau County
Commission Expires January 2, 2019