

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Matthew J. Bizzaro
Partner
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

November 1, 2017

**VIA ECF**
Hon. Kenneth M. Karas
United States District Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10602

    Re: ***Johnson-Gellineau, Nicole v. Stiene & Associates, P.C., et al.***
          **Case No.: 16-cv-9945**

Dear Judge Karas:

    As you are aware, we represent the defendants, Steine & Associates, P.C., Ronni Ginsberg, Esq., and Chris Virga, Esq. (the "Attorney Defendants") in the above-referenced matter.

    I write this letter to respectfully request that the Court consider the Attorney Defendants' reply memorandum of law filed today, which is slightly in excess of the ten page limit set forth in Your Honor's Rules.

    In the alternative, if Your Honor will not accept the twelve page reply memorandum of law, it is respectfully requested that the Court notify this office of its rejection in the next seven days, and the Attorney Defendants will submit a revised memorandum on or before the Court-Ordered deadline of November 10, 2017.

    Thank you for your kind consideration of this letter. If Your Honor has any questions, please feel free to contact me.

                              Respectfully submitted,

                              MATTHEW J. BIZZARO

MJB:dm
cc:    Nicole Johnson-Gellineau (***via Federal Express***)
        Brian P. Scibetta, Esq. (***via ECF***)