Brian P. Scibetta, Esq. – BS8008
MCCALLA RAYMER LEIBERT PIERCE, LLC
420 Lexington Avenue, Suite 840
New York, NY 10170
Telephone: 347-286-7409
Fax: 347-286-7414
Attorneys for Defendants, JPMorgan Chase Bank, National Association
and Wells Fargo Bank National Association, as Trustee for Carrington Mortgage
Loan Trust, Series 2007-FRE1, Asset-Backed Pass Through Certificates

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE JOHNSON-GELLINEAU,<br><br>    Plaintiff,<br><br>    v.<br><br>STIENE & ASSOCIATES, P.C.; CHRISTOPHER VIRGA, ESQ.; RONNI GINSBERG, ESQ.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1, ASSET-BACKED PASS-THROUGH CERTIFICATES,<br><br>    Defendants. | *Document filed electronically*<br><br>Civil Action No. 7:16-cv-09945-KMK<br><br>**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:   Nicole Johnson-Gellineau, *pro se*  
      149 Wilkes Street  
      Beacon, NY 12508  
      *Pro Se Plaintiff*

Matthew J. Bizzaro, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue
Garden City, New York 11530
*Counsel for Defendants, Stiene & Associates, P.C., Christopher Virga, Esq., and Ronni Ginsberg, Esq.*

**PLEASE TAKE NOTICE** that Defendants, JPMorgan Chase Bank, National Association

and Wells Fargo Bank National Association, as Trustee for Carrington Mortgage Loan Trust,

Series 2007-FRE1, Asset-Backed Pass Through Certificates (collectively, the "Bank Defendants"), by and through their attorneys, shall move before the Hon. Kenneth M. Karas, U.S.D.J. in accordance with the August 23, 2018 Motion Scheduling Order, for an Order granting the Bank Defendants' Motion to Dismiss with Prejudice the First Amended Complaint filed by Plaintiff, Nicole Johnson-Gellineau, pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the Bank Defendants will rely upon the accompanying Memorandum of Law and Declaration of Brian P. Scibetta, Esq.

**PLEASE TAKE FURTHER NOTICE** that oral argument on the Motion shall be on a date and at a time designated by the Cout.

Respectfully submitted,

**MCCALLA RAYMER LEIBERT PIERCE, LLC**

By:  /s/ *Brian P. Scibetta*
    Brian P. Scibetta

Dated:  September 28, 2018