## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NASSAU           )

        DENISE MITCHELL, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Nassau County, New York.

        That on the 28th day of September, 2018, deponent served the within **NOTICE OF MOTION, DECLARATION IN SUPPORT and SUPPORTING DOCUMENTS** upon:

Nicole Johnson-Gellineau
149 Wilkes Street
Beacon, NY 12508

the respective party(ies) in this action, at the above address(es) designated by said party(ies) for that purpose by dispatching a copy by Federal Express overnight delivery to each of the above persons at the last known address set forth after each name above.

                                                          _/s/ Denise Mitchell_
                                                          DENISE MITCHELL

Sworn to before me this
28th day of September, 2018.

_/s/ Miranda A. Joe_
Notary Public

MIRANDA A. JOE
Notary Public, State of New York
No. 01JO6158380
Qualified in Nassau County
Commission Expires January 2, 2019

- 3 -