UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICOLE JOHNSON-GELLINEAU,                                          Case No.: 16-cv-9945

                            Plaintiff,

          -against-                                         **CERTIFICATE OF SERVICE**

STIENE & ASSOCIATES, P.C.; CHRISTOPHER
VIRGA, ESQ.; RONNI GINSBERG, ESQ.;
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION; WELLS FARGO BANK
NATIONAL ASSOCIATION, AS TRUSTEE FOR
CARRINGTON MORTGAGE LOAN TRUST,
SERIES 2007-FRE1, ASSET-BACKED
PASS-THROUGH CERTIFICATES;

                            Defendants.
-------------------------------------------------------------------X

          I, Matthew J. Bizzaro, do hereby certify pursuant to 28 U.S.C. § 1746, as follows:

          1.       I am a member of the law firm of L'Abbate, Balkan, Colavita & Contini, L.L.P.,

attorneys for defendants, Stiene & Associates, P.C., Christopher Virga, Esq. and Ronni Ginsberg,

Esq. (collectively, the "Attorney Defendants"), in the above-captioned matter. I am admitted to

practice in this Court and I am a member in good standing.

          2.       On September 28, 2018, I caused the Attorney Defendants' memorandum of law

and the cases cited within the Attorney Defendants' memorandum of law which were unreported

or reported exclusively on computerized databases as well as this Certificate of Service to be

served via Federal Express pursuant to Local Civil Rule 7.2 upon:

                            **Nicole Johnson-Gellineau**
                            **149 Wilkes Street**
                            **Beacon, NY 12508**

3.      I certify under penalty of perjury that the foregoing is true and correct.


DATED:  Garden City, New York
        September 28, 2018


                                L'ABBATE, BALKAN, COLAVITA
                                   & CONTINI, LLP

                        By:     _____
                                Matthew J. Bizzaro, Esq.
                                Attorneys for Defendants
                                *Stiene & Associates, P.C., Ronni*
                                *Ginsberg, Esq. and Chris Virga, Esq.*
                                1001 Franklin Avenue
                                Garden City, New York 11530
                                (516) 294-8844