UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Nicole Johnson-Gellineau,

        Plaintiff,

        v.

Stiene & Associates, P.C.,

        Defendant(s).
------------------------------------X

Case No. 16 cv 09945

**(KMK)(PED)**

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for the following purpose(s):

\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_ HABEAS CORPUS

\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_ SOCIAL SECURITY

**X** SETTLEMENT

\_\_\_\_ CONSENT UNDER 28 U.S.C. 636© FOR ALL PURPOSES (including trial)

\_\_\_\_ CONSENT UNDER 28 U.S.C. 636© FOR LIMITED PURPOSE OF

\_\_\_\_ JURY SELECTION

Dated: December 5, 2018
       White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.
P:\FORMS\Order of Reference.wpd Rev. 9/10