

| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

December 28, 2018

*<u>Via CM/ECF only</u>*
Hon. Paul E. Davison, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

      Re:   **Nicole Johnson-Gellineau v. Stiene & Associates, P.C., et al.**
             **Civil Action No.: 7:16-cv-09945-KMK**

Dear Judge Davison:

This firm represents Defendants, JPMorgan Chase Bank, National Association ("Chase") and Wells Fargo Bank National Association, as Trustee for Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass Through Certificates ("WFBNA," and collectively with Chase, the "Bank Defendants"), in this matter. The purpose of this letter-motion is to respectfully request an adjournment of the mediation that has been scheduled before Your Honor for January 10, 2019 at 2:30 pm. This is a first adjournment request.

On January 10, 2019, I will be out of town on business and unable to appear for the mediation. For that reason, the Bank Defendants seek that the mediation be adjourned. Prior to writing this letter, I communicated with Matthew J. Bizzaro, Esq., counsel for Defendants, Stiene & Associates, P.C., Christopher Virga, Esq., and Ronni Ginsberg, Esq. (collectively, the "Attorney Defendants"), and he consents to the adjournment of the mediation. On December 21, 2018, Mr. Bizzaro and I contacted Your Honor's Chambers, and were advised that the Court had availability for a mediation on February 8, 2019 at 2:30 pm, which date works for both the Bank Defendants and the Attorney Defendants.

I have also communicated regarding this adjournment request with Plaintiff, Nicole Johnson-Gellineau ("Plaintiff"). After the call last week, I advised Plaintiff that the Court had availability on February 8, 2019 for the adjourned mediation date. She responded that she views a mediation as premature, and that she intended to independently write to the Court to request that the mediation be put off at this time. Thus, and though it appears she has no objection to adjourning the January 10, 2019 date, it is unclear whether she is available on February 8, 2019.



| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

Please have Your Honor's Chambers contact me if there are any questions or concerns regarding this letter-motion. We thank the Court for its courtesies.

                      Respectfully submitted,
                      McCalla Raymer Leibert Pierce, LLC

                      By: ___/s/ Brian P. Scibetta_____
                           Brian P. Scibetta, Esq.

cc:      via CM/ECF only:      Matthew J. Bizzaro, Esq. (counsel for the Attorney Defendants)

          via Regular Mail and Email:  Nicole Johnson-Gellineau, *pro se*